IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 24-mj-6849-MPK |
| | ) | |
| ALEKSEI ANDRIUNIN | ) | |
| a/k/a Alex Andryunin | ) | |
| | ) | |
| Defendant | ) | |

GOVERNMENT'S MOTION TO SEAL
COMPLAINT

The United States Attorney hereby respectfully moves the Court to seal the complaint,

supporting affidavit, this motion and the Court's order on this motion, and any other paperwork

related to this matter, until further order of this Court.  As grounds for this motion, the

government states that public disclosure of these materials might jeopardize the ongoing

investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the

United States Attorney be provided copies of all sealed documents that the United States

Attorney has filed in the above-styled matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: _/s/ Christopher J. Markham_____
CHRISTOPHER J. MARKHAM
DAVID M. HOLCOMB
Assistant U.S. Attorneys

ALLOWED. September 24, 2024

Date:  09/24/2024    _Page Kelley_