# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA  **Category No.** II  **Investigating Agency** FBI

**City:** Boston
**County:** Suffolk

**Related Case Information:**
Superseding Ind./ Inf.: _____  Case No.: _____
Same Defendant: _____  New Defendant: _____
Magistrate Judge Case Number: 24-mj-6849-MPK
Search Warrant Case Number: See attached
R 20/R 40 from District of: _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☑ Yes ☐ No

## Defendant Information:
**Defendant Name:** ALEKSEI ANDRIUNIN  Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:** Alex Andryunin
**Address:** Russia / Portugal
**Birth date (Yr only):** 1998  **SSN (last 4#):** ___  **Sex:** M  **Race:** ___  **Nationality:** Russian

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information
**AUSA:** Christopher J. Markham; David M. Holcomb  **Bar Number if applicable:** 685591; 694712

**Interpreter:** ☑ Yes ☐ No  List language and/or dialect: Russian
**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No
**Matter to be SEALED:** ☑ Yes ☐ No
☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** _____
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/23/2024  **Signature of AUSA:** CHRISTOPHER MARKHAM (Digitally signed by CHRISTOPHER MARKHAM, Date: 2024.09.23 22:23:52 -04'00')

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ALEKSEI ANDRIUNIN

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit market manipulation and wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant, et al)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli, et al)
- 24-cr-10190-AK (Gotbit Consulting, et al)
- 24-cr-10293-AK (CLS)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK