AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ALEKSEI ANDRIUNIN | ) Case No. 24-mj-6849-MPK |
| a/k/a Alex Andryunin | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEKSEI ANDRIUNIN a/k/a Alex Andryunin ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to commit market manipulation and wire fraud
18 U.S.C. § 1343 - Wire fraud
18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: September 24, 2024

*Issuing officer's signature*

City and state:  Boston, MA

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: ALEKSEI ANDRIUNIN

Known aliases: Alex Andryunin

Last known residence: Portugal

Prior addresses to which defendant/offender may still have ties:

Last known employment: Financial services / cryptocurrency

Last known telephone numbers:

Place of birth: Russia

Date of birth: 09/21/1998

Social Security number:

Height:                                           Weight:

Sex: Male                                        Race:

Hair: Brown                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: