IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-mj-6849-MPK |
| ) | |
| ALEKSEI ANDRIUNIN ) | |
| a/k/a Alex Andryunin ) | |
| ) | |
| Defendant ) | |

### GOVERNMENT'S REQUEST FOR PERMISSION TO PROVIDE SEALED MATERIALS TO FOREIGN LAW ENFORCEMENT

The United States Attorney hereby respectfully moves the Court to allow counsel for the government to provide a certified copy of the criminal complaint, arrest warrant, and affidavit in the above-captioned case to foreign law enforcement. As grounds for this motion, the government states that the defendant identified in the arrest warrant is located in a foreign country and that foreign law enforcement requires these materials before an arrest of the defendant.

The government respectfully requests that the docket in this case otherwise remain sealed because public disclosure of these materials might jeopardize the ongoing investigation and the anticipated arrest.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM
DAVID M. HOLCOMB
Assistant U.S. Attorneys

Dated: 09/26/2024