AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  24-cr-10190-AK |
| ALEKSEI ANDRIUNIN | ) | |
| a/k/a Alex Andryunin | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ALEKSEI ANDRIUNIN a/k/a Alex Andryunin                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ☑ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to commit market manipulation and wire fraud
18 U.S.C. § 1343 - Wire fraud

Date:  10/31/24

                                                                 *Issuing officer's signature*

City and state:    Boston, Massachusetts                    Hon. Jessica D. Hedges, U.S. Magistrate Judge
                                                                 *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)*  _____.

Date:  _____                    _____
                                                                 *Arresting officer's signature*

                                                                 _____
                                                                 *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Fedor Kedrov | ) Case No. 24-cr-10190-AK |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Fedor Kedrov ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation and Wire Fraud

18 U.S.C. § 1343 - Wire Fraud

Date: 10/31/24

City and state:   Boston, Massachusetts

Issuing officer's signature

Hon. Jessica D. Hedges, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Qawi Jalili | ) Case No. 24-cr-10190-AK |
| a/k/a "Kavi JLL" | ) |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Qawi Jalili a/k/a "Kavi JLL",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation and Wire Fraud

18 U.S.C. § 1343 - Wire Fraud

Date: 10/31/24

*Issuing officer's signature*

City and state:    Boston, Massachusetts    Hon. Jessica D. Hedges, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |