AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cr-10190-AK |
| Gotbit Consulting LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aleksei Andriunin                                        .

Date:   02/20/2025                               /s/ Brenda R. Sharton
                                                *Attorney's signature*

                                      Brenda R. Sharton BBO# 556909
                                        *Printed name and bar number*
                                                Dechert LLP
                                      One International Place, 40th Floor
                                              100 Oliver Street
                                            Boston, MA 2110-2605

                                                   *Address*

                                      brenda.sharton@dechert.com
                                              *E-mail address*

                                              (617) 728-7113
                                            *Telephone number*

                                              (617) 275-8374
                                               *FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this action.

      By: */s/ Brenda R. Sharton*
      Brenda R. Sharton