UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA      v.   (1) GOTBIT CONSULTING LLC and   (2) ALEKSEI ANDRIUNIN,        Defendants | )  )  )  ) Criminal No. 24-cr-10190-AK  )  )  )  )  )  ) |

JOINT MOTION FOR A RULE 11 HEARING

The parties hereby respectfully move the Court to schedule a plea hearing under Fed. R. Crim. P. 11 with respect to the above-captioned defendants.

    Respectfully submitted,

    LEAH B. FOLEY
    United States Attorney

By: */s/ David M. Holcomb*
    David M. Holcomb
    Assistant U.S. Attorney


    GOTBIT CONSULTING LLC and
    ALEKSEI ANDRIUNIN
    By their attorney,

    */s/ Roger A. Burlingame*
    Roger A. Burlingame
    Dechert, LLP
    160 Queen Victoria Street
    London, United Kingdom
    +44 20 7184 7333
    roger.burlingame@dechert.com
    *Pro hac vice*

Date:  March 17, 2025