**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 24-CR-10190-AK-2 |
| ) | |
| ALEKSEI ANDRIUNIN, ) | |
| ) | |
| Defendant. ) | |

**NOTICE REGARDING PROBATION OFFICE INTERVIEW OF DEFENDANT**

**A. KELLEY, D.J.**

The parties have requested a hearing for a change of plea under Federal Rule of Criminal Procedure 11, which has been scheduled for **March 21, 2025**.

To avoid unnecessary delays in the preparation of the presentence report and to maximize the efficient use of court and other government resources, counsel for the defendant and the Probation Office are strongly encouraged to schedule the Probation Office's interview of the defendant for the same day as the change of plea hearing. If the necessary arrangements cannot be made for the interview to occur that day, counsel and the Probation Office should make efforts to schedule it as soon as reasonably practicable thereafter and in accordance with any orders the Court may issue.

Dated: March 17, 2025

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge