

25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000  Main
+44 20 7184 7001  Fax
DX 30 London
www.dechert.com

**ROGER BURLINGAME**
*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333  Direct
+44 20 7184 7001  Fax

The Honorable Angel Kelley
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**VIA ECF**

April 1, 2025

Re: *United States v. Aleksei Andriunin*, 1:24-cr-10190 (AK)

Dear Judge Kelley,

I am counsel for the defendant in the above-referenced matter and write to respectfully request that the Court ask the United States Marshals Service to take Mr. Andriunin to a doctor for urgent medical treatment.  Mr. Andriunin has suffered from severe eye pain since he was imprisoned in Portugal, pain that has persisted since he consented to extradition and was transferred to the United States.  He has also developed throat spasms since arriving in the United States and now often needs to hold onto the wall for support when he walks.  Mr. Andriunin saw a doctor three weeks ago who recommended he see an eye specialist as soon as possible. He has requested a hospital visit multiple times since, but a visit has not been scheduled.

I respectfully ask that you direct the U.S. Marshals to take Mr. Andriunin for evaluation and treatment.  The pain and spasms have worsened over the past several weeks, and I am concerned that permanent damage could occur if Mr. Andriunin is unable to see the recommended specialist soon.  I have spoken to Assistant United States Attorney David Holcomb, and he consents to this request.

Respectfully submitted,

*/s/ Roger A. Burlingame*
Roger Burlingame

cc:   David Holcomb, AUSA

Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority (SRA No. 389648). A list of the names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at our registered office at the above address. Dechert practices as a limited liability partnership or limited liability company other than in Hong Kong.