

25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000  Main
+44 20 7184 7001  Fax
www.dechert.com

**ROGER BURLINGAME**
*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333  Direct
+44 20 7184 7001  Fax

The Honorable Angel Kelley
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

April 24, 2025

Re: *United States v. Aleksei Andriunin*, 1:24-cr-10190 (AK)

Dear Judge Kelley,

We represent the defendant Aleksei Andriunin in the above-referenced case and are writing to provide you with an update on his medical situation and request an order directing that the Court's April 10, 2025 order that Mr. Andriunin be brought to a hospital be carried out within the next five days.

As the Court may recall, Mr. Andriunin has been experiencing acute eye pain for months and, for the past month, throat spasms as well.  Mr. Andriunin was evaluated at the Donald W. Wyatt Detention Facility ("Wyatt") by an ophthalmologist on April 10, 2025.  The doctor determined that Mr. Andriunin's retinal nerve is inflamed and believed that this, together with the throat spasms, could be the initial outward symptoms of multiple sclerosis ("MS").  The doctor recommended that Mr. Andriunin get an MRI to determine the diagnosis and that a neurologist assess him.

Later in the day following this visit, with the assent of AUSA David Holcomb, Your Honor ordered (Dkt. No. 43) that the U.S. Marshals "take immediate steps to facilitate Mr. Andriunin's transport to a hospital for an evaluation and treatment as it pertains to his eye pain and throat spasms."  On April 10, the Wyatt medical staff submitted a request for a medical visit for Mr. Andriunin, and on April 14, the Marshals approved it.  (We note that the Marshals have been responsive to Your Honor's order and we are grateful for their assistance.)  The Wyatt Health Services Administrator informed us that the facility is attempting to schedule an appointment with a neurologist, with the expectation that the neurologist would then order the MRI.  We have also been informed by the Wyatt Health Services Administrator, however, that securing such an appointment typically takes a few weeks (or more).  As of today, two weeks after Your Honor's order, Mr. Andriunin has not been to a hospital and, based on our most recent communications with the Wyatt Health Services Administrator, no appointment has been scheduled.

In the time since Your Honor's order, Mr. Andriunin's condition has worsened.  He is now in such severe pain that he is having trouble performing basic activities such as reading and writing, and he is also experiencing dizziness, which can be another symptom of MS.  Our understanding is that early medical treatment can make a profound difference in treating MS, and that failure to treat can make the course of the disease materially and permanently worse.[1]

---

[1] *See, e.g.*, Erik Landfeldt et al., *The Long-Term Impact of Early Treatment of Multiple Sclerosis on the Risk of Disability Pension*, 265(3) J. Neurology 701–07 (2018), https://pmc.ncbi.nlm.nih.gov/articles/PMC5834562/#Sec7 (concluding that "early treatment with [disease-modifying drugs] of MS is associated with a significantly reduced risk of



24 April 2025
Page 2

It is therefore critical that Mr. Andriunin receive an MRI and diagnosis as quickly as possible so that, if he does have MS, he can begin treatments—which would include drugs to slow the progression of the disease—as soon as possible.

We therefore respectfully request that Your Honor order that Mr. Andriunin be taken to a hospital as soon as practicable, and no later than April 29th, so that he may receive an MRI and, if possible, be examined by a neurologist.  Further, if it proves impossible for the officials at Wyatt to schedule a visit with a neurologist in that time frame, we request that the Your Honor specify that an MRI be performed at an emergency room, which will provide images that can be used by any neurologist to reach a diagnosis.  (The MRI is the key diagnostic test, and we are informed that diagnosis following an MRI is typically straightforward.)  We further ask that Your Honor specify that these images be provided to defense counsel immediately upon receipt so that we can obtain prompt review by a neurologist.

We are happy to provide any help we can to speed things along.  AUSA Holcomb does not object to the request and stands ready to assist in any way that he can.

Please let us know if you have any questions or require any further information.

Respectfully submitted,

*/s/ Roger Burlingame*
Roger Burlingame

cc:    AUSA David Holcomb

---

disability"); Anna He et al., *Association Between Early Treatment of Multiple Sclerosis and Patient-Reported Outcomes: A Nationwide Observational Cohort Study*, 94(4) J. Neurology, Neurosurgery & Psychiatry 284–89 (2022), https://jnnp.bmj.com/content/94/4/284 (concluding that delaying treatment was associated with worse physical and psychological symptoms).