# EXHIBIT D

Dostoevsky: "Brothers Karamazov" — ... Franklin Prison
 "Besy" — 7/10 — too many dialogs, too few action, but great to know
Tolstoy: "War and Peace" — 10/10 — N1 book in jail to read
 • "Hro Pomeschika" — 5/10 — Grafamania
 • "Polikyshka" — 6/10 — Okay one
 • "Holstomer" — 4/10 — He got paid by page
 • "Death of Ivan Ilyich" — 8/10 — good to read to know Tolstoy but save time
 • "The master and the worker" — 3/10 — he got paid by page
 • "Fake Cupon" — 5/10 — If you enjoyed "Anna Karenina" — read
Nabokov: "Defense of Luzhin" — 8/10 — much better than "Lolita"
Paulo Coelho: "O Monte Cinco" — 7/10
Archibald Cronin: "The Citadel" — 8/10 — highly recommend
E.M. Remark: "Night in Lisbon" — 9/10 — his best novel for me
 "Triumph Arc" — 7/10
 "No Changes at the western front" — 7/10, too hard in jail to read
A. Tolstoy (his son): "Peter I" — 9/10 — fantastic historical novel
Solzhenitzyn: "Archipelag GULAG" — 10/10. Must Read
T. Dreiser: "Finansist" — "Titan" — "Stoik" — 9/10 I love it
M. Sholohov: "Tihiy Don" — 10/10. Like "War and peace" but about Revolution in Russia
Pasternak: "Doctor Zhivago" — 9/10 — How Russian Smart people acted in 19__
Dumas: "Monte Cristo" — 8/10 — classics
T. Mann: "The Magic Mountain" — 6/10