# EXHIBIT E

# EXHIBIT E.1

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

I am Elena Garanina, born in 1975, Aleksei Andryunin's mother.  I am an HR professional.

I am proud of and admire my eldest son: his tenacity, kindness, honesty, judgment, and willingness to come to the rescue.

I realized that from his young age I could consult with him on any issue, even serious ones. He helped me to see problems from a different angle and logically laid out the consequences of this or that action.

Strong analytical skills were manifested at an early age. Lesha (as I call him) grew up to be a very inquisitive, attentive, careful and judicious boy.

Perhaps it was chess, perhaps it was the example in the family, the hard work of the elders, but Lesha tried to help, understood it and was always very supportive of his family. For example: after work, I would go to the store, buy full bags of groceries, leave them in the grocery store's storage room, come home with the key, and then my son would pick them up and bring them home.

My son was born with an intolerance to animal protein - difficulties with nutrition, consequences for his growing body, serious health limitations. As a child, he was very often and not standardized sick. He was even diagnosed with health group 2 (almost disability). Until the age of 11 he could not even do pull-ups.

But! Then he started practicing in the school volleyball section, then he was selected for a sports school - and that's how he ended up in the NIKA CSKA volleyball club. Volleyball became his support in health and life. It fostered his independence, resilience, perseverance, and the will to win - personal and team victories.

Of course, he was especially influenced by his adored grandfather, a strong sports physiologist. His calmness and prudence certainly had the strongest influence on Lesha's formation.

And we all guided him and reminded him of the need to grow and develop, but he tried, fought for the result and constantly learned on his own.

Almost "accidentally", walking with my grandmother, he entered English special school 1290 (Thanks to his grandmother!). He was an excellent student in elementary school - I still have the envelope from his first award (the School's Foundation awarded young annual excellent students).

From the age of 7, chess appeared in his life. Then the endless chess tournaments began (a few years of living without days off, as I joked). At first, he was upset and even "let a stingy manly tear" that he didn't win. But such fights - training of mind and education of firmness and quickness of thought. He was selected by judges and in combined teams.

From the age of 9, he began to seriously study mathematics in the A.V. Spivak club. Participated in various events and tournaments in mathematics and physics from the age of 13.

Later - All-Russian Olympiads in both subjects: all levels from school, municipal to city and all over the country. These prizes allowed him to enter the best university in the country - Lomonosov Moscow State University (the MSU).

In 2013, I organized my son's summer internship at the bank where I worked. He, then almost 15 years old, was assigned to follow recruiters to attract entry-level positions in bank branches. What did the student of Moscow's best physics lyceum, the Second School, do? He sat, looked, listened, then said that the process was not optimal and that we were talking to the candidates incorrectly. He optimized the process, changed scripts, and caught up a decent funnel of candidates in a week, which surprised the experienced and "seen the sights" pickers.

Lesha used almost every chance to prove himself. He was interested in trying a lot of things, looking at them and understanding them from the inside. We sometimes managed to give him opportunities and show him how difficult it is to earn money, and every time he pleasantly surprised us, adults and relatives.

Willpower, discipline, perseverance and self-control helped him to achieve results very quickly, in sports, studies and business.

Sometimes in the evenings on the way home we would meet in the subway, when Lesha was coming back from classes/training, and I was coming back from work. We took advantage of any time to chat happily! Once I caught him napping on a bench with a backpack under his head. He always had a very heavy workload and little free time. Sometimes it seemed impossible to endure such a regimen. But Lesha clearly knew what was important to him and skillfully prioritized his time.

One day my son told me how he saw a man almost fall on the railroad tracks. He was very agitated, and we discussed how he would behave if it did happen. My boy answered without hesitation, "If that had happened, I would have jumped in to save him."

When he was in the first school, from about 8-9 years old, we had a tradition - breakfast in bed on Saturdays: Lesha cooked a light breakfast, came with it to me, and we ate, lay around, chatted, laughed and watched a famous cooking show. This care and understanding that mom was getting tired was very valuable to me. That's how we made up for the lack of socializing during our working days.

Lesha and I lived very modestly - from pay check to pay check. For a year I saved up to buy him a new computer - a present for his 10th birthday. And, let me tell you, time playing computer games (which he loved like almost all children), on my son's own initiative, was minimal. My clever boy quickly realized that it is a waste of time, which is simply not there, because there are more interesting and important things: studies, and chess, for example. Lesha was always constantly busy, he had almost no free time.

In 2011 we also added classes in the preparatory Mathematics Evening School. This means that to the already existing English special school and volleyball sports school we added Saturday extra load.

My child has a very strong character: When applying for the first time - in the 7th grade - of the best physics lyceum in Moscow, "Second School", he did not get the points and did not control himself because of excitement. He came out very upset, came to his senses and said clearly and confidently: "In a year I will come back and study here".  And so, it happened - in 2012 he entered L2SH (lyceum in "Second School").

2

But he made a lot of efforts for this - he entered another rated school in Moscow with a special maths class (Lab 2x2), which had a very strong teacher, which allowed him to tighten up his knowledge.

Lesha is reverent towards his younger brother        (we call him        , they have        years age difference). Since his birth - tenderness, care and help to me in spite of his constant workload. Lesha proudly walked with us together when our youngest was still in a stroller. He tried to take care of him and was concerned about his future.

There is a touching scene in front of my eyes: the eldest, after his busy day, dozed off next to the youngest, tucking him in (        did not fall asleep well). And they fell asleep together on the crib.

The older one would pick up the younger one from daycare when he could and walk with him. The boys both played chess and games and chatted - swooning over each other.

Lesha dreamed very much that        would dynastically enter the famous lyceum "Second School". Lesha recommended and paid for his math tutor.

He tried to make the little one happy with gifts, shoeing and dressing him when financial opportunities arose.

When Lesha was in the 11th grade, my husband, younger son, and I left for Serbia as soon as it became clear that he had been admitted to MSU in advance as a prize-winner of the ranking Olympiads in physics and math.

At that time his grandfather was already seriously ill, and Lesha supported him and looked after him until the very end. The son with incredible courage and dignity survived this terrible blow - the departure of his beloved grandfather.

Grandpa is a very important and significant person in my son's life. A lot of what is serious, masculine, judicious and calm in Lesha is from grandfather. I remember their endless conversations, classes (take apart - assemble - get to the point), discussions, chess, and practicing patience as an example of manhood.

With a very modest standard of living, the moral values instilled from childhood allowed my son to become a kind and just man and a whole person.

I have a best and longtime friend, Viktoria (Vika) - we have been friends for over 30 years. We've been through a lot together - "for better or for worse". She is the Godmother of my two boys.

Vika was always able to find words, to discuss and chat, to enthuse and cheer up, to explain the necessary need not by pushing, but by exhorting and giving examples.

One of her striking phrases to me in Lesha's defense: "You're not his mother, you're his coach!" (I mean, don't be so demanding to your son).

Our eldest sons are less than a year apart in age. Despite their different personalities and different interests, the boys are not bored together, and their long-standing friendship is proof of that. Grisha's mother Vika and I are happy and proud that, even living in different countries, friends see each other.

Lesha also maintains warm relations with his classmates from the first school, Rita and Polina. 4 years ago, he even supported their business idea. I am sure that many of his friends and good acquaintances will have kind words to say about Lesha.

3

Quick-thinking and doing a lot, Lesha may not understand or accept the actions of others - slowness, laziness, wasting time on nonsense. Therefore, sometimes he seems closed and even sharp. And indeed, he can be very restrained, but it is unlikely that outsiders understand his true feelings. I know that my son is a man with a big heart!

Separately, I would like to tell you about my son's relationship with his wife Yulia.

Their union generates a different spectrum of feelings in people (admiration, envy, bewilderment, joy). They have known each other for more than 10 years. They met at the NIKA sports school, a famous volleyball club. At first, they were friends - I remember when Yulia first came to visit us, and the two of them went for a walk in the park with little

Lesha has always defended and protects his Yulia in word and deed. As in the beginning of their romance, he was also strict with me when I could make an ambiguous joke. They have lived together through difficult times but supported each other with respect! They grew up, went through grief (deaths of beloved grandparents), rejoiced in their victories and achievements in studies and sports. And they understand with half a word. They have their own language: the subtext and intonations understood only by two people - it is so touching.

They have adapted to emigration together - and we know that it is a very difficult process. It requires clarity of action, focus and patience. Lesha is very lucky to have such a girl! She is strong, beautiful, intelligent, caring, understanding.  I too am very lucky to have a daughter-in-law! And the way this fragile little girl is going through such an ordeal right now and supporting her husband and his family is a source of immense respect and pride.

During his teenage years, the two of us tried to discover new places together and get drunk on the experience of traveling.  There were beautiful spring St Petersburg and fall Istanbul for the first time (I gave us this trip as a present, our birthdays in September are next to each other). It was always comfortable to travel with Lesha - we made plans in advance, we had to have time to see and taste all the most interesting and delicious things. Now he arranges wonderful trips for his family - me, my brother, my aunt, my grandmother. He and Yulia always take care of the comfort and interesting program of our meetings.

I think most of his support and kindness to others is not known to many people, including myself. I don't idealize my boy, but if we could ask my friends and colleagues about him, many would also express praise for his extraordinary personality and high human qualities.

Madam Judge, the Honorable Angel Kelley, I beg your mercy for my beautiful boy.


Respectfully,

Elena Garanina

Moscow,  April 14, 2025














# EXHIBIT E.2

## Letter of recommendation for Aleksei Andryunin

| | |
|---|---|
| Date | May 11, 2025 |
| To whom | **The Honorable Angel Kelley**<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210 |
| From | Liubov Gennadyevna Yolkina<br>Moscow, Russia |

---

My name is Liubov Yolkina, I am 47 years old. I am Alesha's (Aleksei Andryunin's) aunt, his mother Elena is my older sister. His grandmother Svetlana is our mother. I have two higher education degrees: first I studied to be a journalist and editor, then I got a diploma in sociology, specializing in communications management and PR. I've been working since I was 15 - that's how it was customary for me to start earning money early, combining work and studies. Almost at all times I had two jobs, because our family never had extra money. In the 2010s, I went freelance, and now I work as an individual entrepreneur - organizing events and consulting on PR and marketing.

Alesha is my dear, close person. I have known him since the first minutes of his life.

If I may, I will tell not only about Alesha himself – his qualities, deeds and character – but also about the social environment and life circumstances in which he grew up and was formed.

His path was not an easy one.

I will start with the roots. I believe that to understand a person, it is important to know where he comes from, to look into the history of his family and ancestors. After all, it is they who form his inner foundation, values and ways of responding to difficulties. Alesha's whole life, his desire to move forward and his persistence are, in fact, a continuation of that path.

Alesha's great-grandmother Katya (on my mother's side), a peasant by birth, did something incredible for her environment even before the Second World War - she got an education and set a new benchmark for our whole family. She was the first to cross the boundary between "just survive" and "strive for more". Thanks to her, the concept of higher education as a norm, as a goal, not a privilege, came into the family. Her children - including my mother (Alesha's grandmother Svetlana) - also went to school, and then my sister (Alesha's mother Elena) and me. But it was Alesha who was the first to really break out of his familiar environment, take a step into the unknown.

Alesha inherited from his grandfather Mikhail on his father's side the persistence and skill to explain everything in such a way that anyone could understand it - in simple words, point by point. Not just talk, but make sure to give arguments: step by step, why it was so and not otherwise. He and my grandfather could argue for a long time - stubbornly, but with interest. And at some point, the grandfather would say, "Well, now it's clear." That was a sign that Alesha had managed to change his mind - calmly, matter-of-factly, with logic. Such an approach - stubborn, but honest became part of his nature. These tactics - clarity, logic, perseverance - also became part of his character.

We grew up in an ordinary residential area on the very outskirts of Moscow. These houses were built for the workers of a garment factory and a carriage repair plant. Everything around us reminded us that the main thing was stability, salary, neatness, but not ambition. It was not customary to be "out of box", and the way was roughly the same: school, college or institute, work, family, vacation at the countryside. Reliable, clear, risk-free.

But from childhood Alesha had an inner urge to go further. Not against the environment - just wider than it. He didn't want to run away, he wanted to grow. It was as if the same strength of his great-grandmother continued in him - the genetic ability to push the limits,

to search for more. And as she had once done - without support, without connections - he stepped into the new, on his own, on his own knowledge, his own ability to learn and take risks.

This is a story from "the bottom", where the only support was his own efforts and perseverance. This desire to move to a new level was embedded in him even before he was born as a desire to break out of the usual framework to find new opportunities. Mistakes, as a rule, are inevitable, especially when you strive to achieve something significant.

We have a saying: "who doesn't work doesn't make mistakes". Alesha is not afraid to take responsibility. He is not afraid to admit that he was wrong, if he was. This is a rare quality, especially in youth. But it helps him to grow in depth as a person.

Our family has always had a library. Books occupied the shelves, cupboards - they were part of our life. Not only fiction, but also encyclopaedias, art albums, historical editions. The first cell phone in the family appeared only in 2000, computer and Internet appeared even later.

This environment is an atmosphere of respect for knowledge, for culture, for history, became an important component for Alesha. From childhood, he developed a lively mind, an interest in the world, the ability to think and look for connections. What is interesting, he was not a fan of reading, but he understood that without knowledge there is nowhere. He was developing his intellect, looking for answers to questions. This is also part of his path, part of his intellectual foundation.

I can talk a lot about Alesha's character, but the best way to reveal it is through concrete situations - simple, everyday situations, in which the most important things are revealed.

Alesha had a high level of dedication from childhood. At the same time, his health was not the strongest, and he knew it. He wanted to be not only smart, but also strong and enduring, so that he could feel the support in himself. He understood that physical fitness strengthens the spirit. There was no opportunity to go to the gym, but Alesha found a solution: at the age of 13 he started to work out on street exercise machines. In any weather - rain, snow, wind - late at night, after his studies and part-time jobs, he went to the site and worked out. He wasn't looking for excuses. It was his way of keeping himself in shape and not stopping despite the difficulties. This is an example of his fortitude, which he showed even in such simple but important things.

At different times we were there for each other both in everyday life and in difficult moments. It is not customary to talk about it often in our family, but that's how it was. When Alesha's mother was getting married for the third time, his grandfather Mikhail (on his father's side) and I calmly, without further ado, agreed that I would move in with Alesha and his grandfather. I took over the house - order, comfort, care. I thought it was important for Alesha to have a basic sense of support, to feel that he was at home. This knowledge that you are not alone, that you have your own corner, where you are welcome and supported is especially important in adolescence. Both I and grandfather Mikhail, and grandmother Svetlana tried to make sure that he had it. Each in their own way, but with the same love.

Alesha was never afraid of work. We took on everything to earn money. We didn't divide it into "prestigious" or "non-prestigious" - we cleaned rooms, helped at events. Alesha has been working at medical conferences since he was a teenager, from the age of 14. He was responsible for the technical part: setting up presentations, computers, providing broadcasts in several halls, helping doctors with their speeches. It was a big responsibility, but he handled everything calmly and with interest, trying to understand, learn, and do well as possible. He really worked. This always made me respect him.

I am proud to write that at one of the following international conferences Alesha assisted personally the president of the Homeopathic Society - the main speaker and organizer of the event. He helped him with equipment, presentation, tables, promptly solved any technical and organizational issues. For a teenager it was not just a serious trust - it was a real test of responsibility, he invested like an adult.

Alesha is trustworthy - people are drawn to him. I have watched him many times how he is

able to be a support for others, to remain calm, to make mature decisions. He is a man with a good heart and strong principles. He is reliable. He knows how to be there in a difficult moment, how to take responsibility.

One story has stayed with me as a profound confirmation of what Alesha is really like. It was in the summer, Alesha was 17 years old, a couple of days before his grandfather Mikhail died, a man who had become almost a father figure to him for many years. Grandma Svetlana and I were in the south at the time. I called home, and even though Grandpa could hardly speak anymore, he asked me to speak with him. He said goodbye - not directly, but I realized it later. The next day I was anxious. I called - Alesha answered the phone and calmly told me that everything was fine. I wanted to change the tickets, to come back earlier, but he gently, firmly insisted: no need, you'll be there soon enough, everything is under control.

Only when we returned, I find out that Grandpa was no longer alive. Alesha made the decision not to tell me. He knew how expensive the tickets were, that nothing could be changed, and he just took it all on himself. At that moment, Alesha showed not only strength, but also incredible responsibility. He stayed by my side, organized everything, supported his father. He didn't complain. That was the first time I saw in Alesha a man who could bear heavy things without complaining, without dramatizing. You can't fake that kind of maturity. It's either there or it's not. He had it in him.

As a specialist in PR and marketing, I watched Alesha become the company's spokesperson - confidently, with energy. Youthful presentation, bold formulations, a desire to break through the wall.

Alesha, who grew up in an environment where change seemed almost impossible, showed from childhood that he was ready to move forward despite the difficulties. He looked for opportunities, took steps into the unknown without illusions, but with a clear goal, without support behind him, at his own risk.

Alesha is not perfect, he made mistakes, but he has always learned from them. He doesn't refuse responsibility. I respect him for that.

I am writing this letter not as a specialist, but as an aunt who loves and cares for Alesha. He and his family and Yulia are in my heart. I know for sure that Alesha does not try to appear better than he is but always tries to be better for the sake of his big family.

***Thank you, Honorable Angel Kelley, for your attention to this letter.***

---

With respect and gratitude,

Lyubov Yolkina,
Aunt of Alesha (Aleksei Andryunin)

# EXHIBIT E.3

To: The Honorable Angel Kelley
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Kelley,

My name is Albert. I am a professional cryptocurrency trader and former Senior Trader at Gotbit, a market-making firm in the digital asset industry. I began my career there, working my way up from a junior position, and it was Alexei Andryunin who introduced me to the crypto world and played a key role in shaping both my professional journey and my personal growth.

I first met Alexei during my initial job interview, which also happened to be my first real encounter with the industry. At the time, I was a student with no significant experience and very little direction. But from the moment our conversation began, I felt a sense of trust, respect, and authenticity that stayed with me. Alexei had a rare gift: the ability to make people feel heard, valued, and safe. He did not just evaluate me for a position. He saw potential in someone who had not yet seen it in himself. That moment changed my life.

From that day on, I understood that this was more than a job. The environment Alexei fostered at Gotbit was one of mutual support, growth, and shared purpose. He led by example—not with authority, but with presence. He made time for people. He noticed when someone was struggling. And he always found small but meaningful ways to make us feel appreciated.

Whether it was ordering food after a long workday, gifting company merchandise as a sign of unity, or buying sports gear so we could play together as a team, Alexei built a culture where people felt like they belonged.

What I respected most was that he treated everyone equally. No matter your title, your background, or your experience, he approached you with the same genuine interest and respect. That consistency in his character left a deep impression on me. He did not speak about values. He lived them.

Even when we lived in different countries and rarely met in person, Alexei would check in just to ask how things were going. These were not empty gestures. They were small acts of care that, over time, built trust and loyalty. He never looked down on anyone. He never sought recognition for the things he did. He simply showed up with kindness, humility, and heart.

I do not pretend to speak to the legal matters at hand. But I can speak about the man I knew. Alexei is not someone who acts with indifference or selfishness. He is a person who uplifted others, who worked hard to create a positive environment, and who always acted with kindness and integrity. I hope that my words help you understand the person behind the charges, someone whose actions and character left a deep and positive impact on many lives, including mine.

Respectfully,
Albert

# EXHIBIT E.4

April 12, 2025


Hon. Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Dear Judge Kelley,

My name is Maria Trishina, and I am writing this letter to give a character reference for my dear friend, Aleksei Andriunin. Before I begin, allow me to briefly introduce myself. Professionally, I am an events manager working for a media group in Dubai. Personally, I am a 26-year-old lady building my life far away from home, from my family, figuring things out on my own.

I've known Alex since we were six. We went to pre-school together. Both of us grew up in Moscow, in an old neighborhood called Izmailovo. It's a place known for its parks, lakes, and beautiful greenery — but at the same time, it could be quite dangerous, especially back then. Some parts of Izmailovo were definitely not safe, and as kids, we knew better than to stay outside after sunset. It was just how things were. But despite that, it was our home, with its forest trails, playgrounds, and those endless summer evenings spent in the courtyards.

We were kids just after the crazy 90s in Russia — times were tough, people didn't trust each other easily, and it wasn't safe for children to wander outside alone. But there was one thing our neighborhood took great pride in — its schools. Alex and I both managed to get accepted into Gymnasium 1290, which was a big deal for us. You had to know how to read, do basic math, and solve logical puzzles just to get in. My mom, as an adult, couldn't pass the entry test — but we did.

From day one, our class was full of smart and curious kids from all kinds of families — some wealthier, some less so. But in that school, none of it really mattered. We were just kids learning to be kind, learning to be human.

Alex was always around me — one of my closest friends back then. He was bright, funny, and so effortlessly charming that everyone wanted to be his friend. He would convince the boys to let us girls join their football games, he would always stand up for us if older kids tried to bully anyone, and he just always acted a little wiser, a little ahead of his time. Even as kids, we somehow knew: Alex would go far. He was meant for big things.

I studied with Alex until the 7th grade. I remember him as incredibly smart and humble. He was always best at math, P.E., and every single yard game after school. But there came a point when our little school wasn't enough for him anymore. He had bigger dreams, higher goals, and a mind that needed more challenge. So his family decided he should transfer to a different school, and that could have easily been the moment where we lost touch.

But somehow — and I still don't know how — Alex and I managed to stay friends all these years. He was there when I needed to vent about life, when I felt unheard by my family, or even for silly teenage heartbreaks. No matter how far apart we were growing, we always found our way back to each other.

I've known Alex through so many chapters of his life — I knew him before he met his incredible wife, Yulia, and after. And seeing them together, growing side by side for so many years, overcoming not only happy moments but also unbearable losses in both their families — this kind of love is rare. They are the kind of couple who fight for each other, who don't give up when things get hard. Together they are like a rock — steady, unbreakable. And I truly wish them many more years of that love.

What makes Alex so important to me is the values we share. He is one of those rare people who will always think of others before himself. If I ever mentioned that someone in my family was unwell, he would remember to ask me weeks later how they were doing. He would always offer to help, even financially if needed — a kind of thoughtfulness is not something you find easily these days.

At some point, I even worked alongside Alex as his business assistant. I was curious to try remote work in tech, and when he offered me to join Gotbit, I happily accepted. Even as my boss, Alex never let our friendship get in the way of respect or professionalism. He treated me — and everyone in his team — with so much care, patience, and mindfulness. I saw it not only because I was his friend, but because that's just who he is as a leader. Eventually, I left the role after a few months because I missed life outside my apartment. But we parted as friends, just like we started.

I know that Alex has pleaded guilty to charges of fraud and market manipulation. It breaks my heart to even write this, because I know how truly and deeply he believed he was doing the right thing while building Gotbit. I saw him at work — hands-on, dedicated to every client, sacrificing sleep, food, even family time. Not for greed, but because he genuinely cared about the projects and people he worked with. He believed in helping small companies raise capital to build their dreams. Unfortunately, back then, crypto was still very much the Wild West. He didn't realise that some of the methods he was using could later be seen as unlawful. But I saw integrity in him — I saw honesty. And I saw someone who was always transparent about what he was building and how he was doing it.

3

Childhood friendships are probably the most fragile kind. Most fade away over time. But out of all the friends that came and went in my life, Alex is one of the few who stayed. And I'm confident he will stay for many more years to come.

Thank you for taking the time to read this letter. I hope, in some small way, this helps my dear friend.

We all miss him terribly. And we can't wait to hug him again and see that big, bright smile of his.

Sincerely yours,
Maria Trishina





# EXHIBIT E.5

## Letter of recommendation for Aleksei Andryunin

| | |
|---|---|
| Date | April 9, 2025 |
| To whom | The Honorable Angel Kelley<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210 |
| From. | Svetlana Petrovna Yolkina<br>Moscow, Russia |

---

The Honorable Angel Kelley,

My name is Svetlana Petrovna. I was born in 1946, an engineer by profession. I am a widow, retired since 1996 - even before my grandson Aleksei (or Alyosha, as we call him at home) was born. I am Aleksei's grandmother on his mom's side, his mom is my daughter Elena. Since his birth, I have been there for him, helping to raise him, and we have always had a very warm, heartfelt connection.

The 1990s were difficult for our family. In 1998, when Alyosha was born, there was an economic crisis - the default. Prices rose sharply, savings were devalued, and there was no stable job. Alyosha's young parents were only 23 years old, and I tried to support them as best I could: I babysat my grandson, took him for walks, took him to kindergarten, school, chess and math classes.

Alyosha was an amazingly bright and responsible child. One incident is still before my eyes. He was only seven years old when we went hiking in the mountains. After the rains, the trail was washed out and became dangerous. We were standing in front of a narrow, slippery section above a gorge. Alyosha was walking first, and he stopped – tears were in his eyes. He was scared, but he stood there, not panicking, gathering his courage. Then he overcame himself and went on. I saw courage in him then.

He was always attentive to others. At team chess tournaments, if he himself won but one of his comrades lost, he was not happy. He worried about them, analyzed their games, tried to support them.

At 12, he was already independent - he insisted himself that I no longer walk him to or pick him up from school.

That same summer his life changed a lot. His mother got married and moved away, and Alyosha was left to live with his paternal grandfather, a pensioner. They lived modestly. His grandfather passed away in 2016, when Alyosha was finishing school and entering the university.

From an early age, Alyosha understood that it was not easy for the family and tried to help. At the age of 13, he got a part-time job at a pedagogical university - he did any kind of work: mopping floors, cleaning walls, peeling off gum. He brought his first earnings home. He was never ashamed of either labor or responsibility.

He always treats me with respect and tenderness. He always meets me at the train station, helps me with my stuff. He gifts me flowers on holidays and makes gifts from his heart.

I wish everyone a grandchild like that. I hope I will get to see him again.

Thank you, Honorable Angel Kelley, for taking the time to read this letter.

With respect and gratitude,
Svetlana Petrovna,
Grandmother of Aleksei (Alyosha)

# EXHIBIT E.6

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

My name is Ivan Kuznetsov, I am Head of Engineering at Uzum, which is something like Amazon but in central Asia. I have known Aleksei since 5th grade (2010 - 2011, I don't remember exactly, till today), we met at volleyball training camp when he joined our team.

Initially Aleskei was a modest and very closed person, he was very afraid of making mistakes in any of his actions, which was repeatedly confirmed on the court. Once at the training camp I saw Aleskei playing chess and it turned out that he, like me, practiced it professionally. We liked to spend our free time at the training camp playing chess, and probably thanks to this we became close. I always disliked his Sicilian defense.

Over time, as we grew older, Aleksei became much more confident and even took the captain's armband away from me. But I didn't mind as I saw him as a stronger leader than myself, capable of leading our team to results. His excitement and constant zeal to win was very inspiring. I remember on Aleksei's initiative we were thinking up new tactics to defeat the opponent. This playmaker's output on the first tempo from the second zone was a nightmare for the opponent's block and thanks to this we earned extra points in games. One day Aleksei decided to spend his savings (apparently, he was saving from money for breakfasts like everyone else did at the time) to motivate the team with pizza. A task was given that if we win, Papa John's pizza was at Aleksei's expense. It was the first and most delicious pizza of my life.

We socialized quite a lot during our school days. In addition to volleyball, we constantly went to math Olympiads because we wanted to enter a good university to qualify for a government scholarship. I studied in a weaker school than him and often asked Aleksei to help me in preparation or to explain some theorems that I could not understand. I remember he once spent two days trying to explain to me how the method of mathematical induction works, but I understood and with his help I was able to solve a problem at an interuniversity math Olympiad.

When we entered universities, Aleksei to the Moscow State University and I to the Bauman Moscow State Technical University, I faced the problem of lack of money because I could not buy myself lunch at the university and was constantly hungry. Telling this to Aleksei at the next volleyball game he offered me to help him sell shoes. At that time Aleksei was selling sneakers for volleyball players and gave me the opportunity to help him and earn some money. Honestly, I thought it would be a super

opportunity to pad my pocket, however, selling turned out to be a lot harder than just solving math problems and I couldn't handle it, couldn't get into customer expectations, etc. Watching Aleksei and how he was selling, I was always surprised how you can always please the client, to understand his needs and make him satisfied. Unfortunately I could not learn this skill from him. Sometimes I thought it was a gift.

After a few years, Aleksei started making Gotbit and we started communicating much less, but we tried to keep in touch at least once every few months. At first, I was upset that I was losing my close friend. But after talking to Aleksei, he showed me the amount of work he does and I felt truly sorry for him. On the one hand I was wildly happy that he was the only one who managed to make his own business, on the other hand I realized how much he had to sacrifice for it: his free time, hobbies, etc. However, I understood what responsibility he had in his hands, because he had a lot of hungry students like me working for him, and he could not allow himself to give slack, so that they would have an unclear future. Probably he succeeded not only because he had great ambitions, but also because he felt responsible for his people, he felt it was his mission to make their tomorrow stable in this time of crisis: COVID and the war.

I liked the tradition of going to Aleksei's house for his birthday, since life had scattered us on different sides of the globe. Aleksei loved to play quizzes that I prepared quizzes on different topics: art, history, sports. Every year there was a very hearty and warm atmosphere - a meeting of old friends.

Respectfully,

Ivan

# EXHIBIT E.7

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Kelley,

My name is Sophia Strigo, I am 30 years old, I am a linguist-translator, psychologist and business coach by education; for many years I have been working as an executive assistant to the first persons of companies.

In this letter I would like to tell you about Aleksei Andryunin as I know him. I have known Aleksei for a while - I joined him as an assistant in September 2023, and from then until the day of his arrest we communicated every day on a variety of issues, from work tasks to extremely personal errands and requests.

As it often happens, over time, assistants become people close to managers and their families, confidants, so I had the opportunity to get to know Aleksei not only from the professional side, but also from the personal side.

Let me start with the professional sphere. Throughout the entire time we worked together, Aleksei showed the utmost respect for me both as an employee and as a person. He never left my work and my achievements in work without attention and encouragement: once, my colleague, who was in charge of marketing and organizing Aleksei's and the company's presence in the media, decided to go on vacation without warning and did not finish his work. As a matter of duty, his responsibilities for preparing Aleksei's presentation at a conference in Lisbon fell on my shoulders. Aleksei knew that. At the end of that month, I received a very valuable message thanking me for filling in for a colleague and doing a great job, as well as a nice bonus, which was just as nice. Also, for a very time-consuming and complicated organization of a corporate team-building trip last July, Aleksei, as a thank you, paid me for tickets of higher comfort class and extra days in the hotel after the departure of all other colleagues, so that I could have some rest. And there were a lot of such situations - in my humble opinion, these situations can also characterize Aleksei as a generous (for example, he once bought the latest model of MacBook Pro for an employee with his own money) and fair manager. This attitude was not only towards me, as far as I know from the words of my colleagues.

Separately, I would like to mention Aleksei's absolutely incredible work ethic and discipline. The dedication and consistency with which he worked on improving and developing Gotbit is truly admirable - every day there were recurring calls with employees regarding their progress, successes and suggestions for improving processes and conditions in the company: Aleksei was constantly looking for and coming up with new ways and tools to improve the professionalism of employees (educational courses, skill courses, seminars, professional testing, coaches and trainers were implemented). In April 2024, the entire C-Level of the company was sent to a special strategy session to discuss internal conflicts, shortcomings and mistakes in the managers' management strategies, ways to eliminate these shortcomings and create a business strategy that would allow the company to reach an even more professional and higher level. Scammers and crooks don't do that. It was really important to Aleksei that the company was not only commercially successful, but also contributed to the development, strengthening and expansion of the crypto community: the company created its own gas pedal for startups that had good potential and were looking for funding. The gas pedal helped the founders of such projects to connect with investors and other projects for potentially promising cooperation. Also, Alexei participated in a huge number of podcasts in which he explained how the industry works, how not to fall victim to scammers, how and where to learn how to trade on exchanges so that you can really make money, and how to distinguish a worthwhile project from a one-day project. It was really important to him that this industry and his company be taken seriously. I watched him work hard every day to achieve that goal. For that, I respect

and admire him to no end.

Now I would like to move on to Aleksei's human qualities, which I was lucky enough to observe. Behind all his strong and, at times, dry facade there is actually a very touching, tender and sensitive man who wanted to achieve something meaningful; he wanted to prove to the world and himself what he could; wanted to become a support for his family and friends and provide them with a better life so that they would not need anything; he wanted to be happy and make people around him happy.

Aleksei has had certain health problems since birth: he has always had a disproportionately large head (this condition has its scientific name, but to my shame, I forgot it), his nickname was " moose" because of that; as an infant, he suffered from a severe protein allergy, which caused him to be covered with painful crusts; he has liver problems; Aleksei has always tried to hide it, but he is prone to depression, suicidal thoughts and anxiety (which was exacerbated when he was imprisoned in Lisbon, as he wrote in his letters to us). Because of his health problems, Aleksei was quite frail physically, but very gifted - according to his mother, Elena, he showed such aptitude for the exact sciences that at times he seemed out of this world. As he began to grow up, he became aware of his ambitions and realized that in order to achieve his goals he had to be healthy and full of energy - so professional sports (volleyball) and constant training appeared in his life, which he rigorously attended even when he travelled to other countries (wherever he has been, he always asked me to find him a gym). Such discipline and commitment to his goals can only be envied.

However, for all his success in math and sports, Aleksei was not very lucky in terms of communication with his peers and building friendships. The only really close friend he's had since childhood to this day is Grigory Melnikov (you should also have a letter from him); although, this is largely because Aleksei's mom and Grigory's mom have also been friends for many, many years. Also, Aleksei has a close friend, Maria Trishina, with whom they were in the same class and still have a very touching and trusting relationship: when Aleksei and Yulia had a serious rift and temporarily broke up, it was to Maria that Aleksei turned for emotional support and advice. I have to admit, that I saw his messages to Maria during this period, as well as heard from her, as we also communicate well (she was Aleksei's assistant before me). He was really very worried and suffering, and when he was rejected by Yulia when he suggested that they get together and try to overcome their differences. It was so bad for him morally that Aleksei went to work and worked hard for a month or two without days off to forget himself.

Aleksei still finds it difficult to have close relationships with people: he is not understood, and his abrupt and dry manner of communication very often turns away potential friends who could not see behind his social clumsiness, reminiscent of autistic disorder, an ordinary guy who really wants to have close, loyal friends, but is bad at building communication and great difficulty opening up and trusting people. When we first started working together, I, like many people, thought at first that Aleksei was a rather arrogant type who thought he was a star because he owned a successful company in his 20s. But thanks to communication with his friend Maria, who supported me and explained Aleksei's behaviour, his true colours began to emerge. It took us about 6 months to establish contact and trust: only after half a year, Aleksei started to let me in his personal affairs and give personal tasks such as finding a clinic for him to have a specific examination; helping his mother in Moscow with some household chores; finally introduced me and Yulia to each other so that we could communicate directly on her personal matters (help with buying an apartment in Moscow for Yulia's younger brother; doctor's appointments; help in choosing, buying and giving gifts to friends and relatives, and much more). It was very pleasant and valuable for me when I saw that Aleksei started to open up to me, because people like him, if there is a match, become very loyal and grateful friends. A good illustration of these qualities can be the fact that every year Aleksei took his friends to skiing at his own expense to celebrate the New Year. That year, he organized a wonderful leisure time, which was to the liking of each of his friends, because he really wanted to please them and show that they are valuable him. Unfortunately, many of these people turned their backs on Aleksei after his arrest and stopped trying to maintain even the very weak and rare contact

that remained possible. And the people he considered to be his best friends betrayed him - instead of the promised help, they only put sticks in his wheels. When Aleksei learned of this, he cried for several nights in a row. In one of his letters he said that he felt so bad about it all he doubted he could stand it, and the only way out he saw was suicide. What tormented him at that moment was the realization that all friendship was just words, and that the support and help he had counted on had dissolved as if it had never happened. But more than for himself, Aleksei was worried about his wife Yulia. In each of his letters he wrote that we should support and take care of Yulia, be there for her and help her as much as we could - she is the love of his life, and if something happens to her, he will not survive it. I don't think I have ever read more tender and filled with unconditional love.

In fact, Aleksei's love for Yulia, the whole story of their relationship reveals very well Aleksei's sensitive, empathic, devoted, delicate personality. When Aleksei and Yulia started dating (they were both 15-16 years old), Yulia had very serious problems in her family: to her great misfortune,



He would never in his life consciously put the happiness, well-being and peace of his wife, his family at risk.

When Aleksei's mother and I visited him in prison in Lisbon in January of this year, he tried hard not to show his weakness, his pain, his moral exhaustion. He joked, laughed at our jokes, asked how our former colleagues and mutual acquaintances were doing, how his grandmother was doing, and what progress his younger brother        was making in preparing for his exams at the math lyceum Aleksei had graduated from. Not once did he complain, because he didn't want us to worry and get upset. Even in those terrible conditions, he thought about the feelings and condition of people near and dear to him, although his own condition was getting worse every day: he stopped seeing his right eye for a while, migraines, constant dizziness and pressure swings, panic attacks, depressive episodes; he lost a lot of weight. And despite all this, he managed to show resilience and courage just to avoid hurting us.

Aleksei Andryunin is an extraordinary, outstanding young man. He tried to jump above his head, but not out of greed, vanity or arrogance. No. It was out of inexperience, naivety, a bit of teenage self-confidence and a sincere desire to become an unshakeable support for his family and friends for the rest of his life. He is a good, decent man. I am very glad that fate brought me together with him, and I extremely appreciate the fact that he trusted me, opened up and let me into his personal life and family.

Thank you sincerely for reading my letter to the end.

Sincerely, Sofia
Strigo

# EXHIBIT E.8

The Honourable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Kelley,

My name is Tatyana Khvorostyuk. I am a certified psychologist, psychodrama therapist, clinical psychologist, neuropsychologist.

From 2012 to 2021 I worked as a deputy director for educational work in the State Budgetary Educational Institution "Lyceum "Second School". From 2012 to 2016 I was a class teacher of Aleksei Andryunin (Lesha).

Lesha, like his other classmates, came to the Second School in the 8th grade. I remember on 1 September 2012, when we met for the first time. At the first class hour, I distributed responsibilities for different sectors and Lesha volunteered to oversee sports activities in our class. I can tell you straight away that he coped with it perfectly, defending the honour of both the class and the school throughout the whole period of study.

I watched Lesha grow and develop. How he turned from a teenager into a young man, and from a young man into a man. We developed a trusting relationship, thanks to which I knew many of the circumstances of his life.

Lesha started to work early enough, from about 9th grade. This at some point caused me fear, because the load at school was very high and I was afraid that there would be problems with behaviour and academic performance. But these fears were in vain, Lesha coped well with the academic load and we never had any problems with discipline.

Of course, like any other student, he could oversleep or skip a lesson, but unlike many others, it was rare and the most important thing for me was how he did it. I will give you just a few examples, which will make clear Aleksei's character and his attitude towards people.

On one of the usual school days, after the first lesson, his English teacher came to me and told me that Lesha missed her class. She was extremely unhappy about it. I gave a call to Lesha, he said he was already at school and I asked him to stop by. When he came in, he immediately said that he had overslept and didn't make up anything. I only had to ask one question: "Lesha, why did you oversleep and I have to listen to the teacher's displeasure?"

He said: "Tatiana Sergeyevna, I'm sorry, I'll sort it out."

At the next break the teacher came to me and told me that Lesha came over, apologised, took the assignment, they sorted everything out and asked me not to inform his parents about it.

Lesha, like many students of his age, could not always do it, but he was always very mature and honestly resolved issues in which he was wrong.

If he really needed to leave the last lesson, he never cheated, never made up reasons, never ran away from lessons, he always honestly went up and excused himself, even knowing that he might not be allowed to leave.

Honesty, courage, the ability to take responsibility for his actions, this is what I really appreciated in Lesha.

In addition to these qualities, Lesha had a lot of sympathy and kindness. Lesha was always popular among the younger and older girls. It is no exaggeration to say that half the school was in love with him. But Lesha always behaved honourably and decently towards girls. In class he was very friendly with one girl and looked after her like a sister. He stood up for her, supported her, helped her with her studies. And in 10th grade he asked me to communicate with and support his girlfriend Yulia, who later became his wife. I have already said that we had a trusting relationship with them, so he told me about his feelings and Yulia's situation, and most importantly, about what worried him. I was almost moved to tears by the love and adult care with which he wanted to help her.

Yulia has a difficult life story and Lesha, studying in the 10th grade, was very caring and responsible in this relationship. I have not met other teenagers, boys who are so popular with girls, yet choose stable, responsible, serious relationships, which later led to marriage.

Lesha gave Yulia his word and he kept it. Just as many times he gave his word to me and every time he kept his promises.

My memories of Lesha are filled with warmth and gratitude. I realise that life always makes its adjustments and each of us changes as we go through our life journey, but I am sure that the qualities that 15-year-old Aleksei Andryunin had, which I described above, have been preserved even now.

With sincere wishes
for all the best,

With respect T.S. Khvorostyuk

Moscow, April 13, 2025

# EXHIBIT E.9

The Honorable Angel Kelley
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

My name is Gil Neves Vilela, a 24-year-old lawyer practicing at a law firm in Lisbon, Portugal, where I reside.

I have come to know Aleksei personally as I was part of the legal team that represented him in the extradition case in Portugal.

As I was still a trainee-lawyer at the time, my duty was just to visit Aleksei in prison to provide support and try to help him feel better during the time he was detained. Basically, my job was just to have conversations with him about life, mine and his, so it was through these interactions that I have gained some understanding of his character.

I first met Aleksei on a Tuesday morning in the prison, just days after his arrest. I knew little about him at the time — only the charges he faced and the potential severity of his legal situation. I remember that I found him visibly shaken and upset, not just by the conditions of his confinement, but by his worry for his wife, Yulia.

Over the following months, I visited Aleksei regularly – most of them just by myself, but sometimes with another member of the team – often bringing him water since it was not provided outside of meals.

During these visits, I realized that Yulia is the cornerstone of his life, the person who inspires him to strive to be a better person and who gave him the strength he needed to face those months. Each time Aleksei received one of Yulia's letters, a quiet smile appeared on his face, as if her words were giving him all the resilience he needed for another day.

One afternoon, as I sat with Aleksei and his American lawyer, in a small room in the prison, Aleksei told us that he had written a letter. He began reading it aloud. He wrote about his difficult childhood - how his father left him, and how his strict grandfather raised him, teaching him that "*a man has no feelings*". Then, he started to speak about his American

1

Lawyer. He described and praised him not just as a lawyer, but as a figure who had shown him the kind of care and support that he didn't feel much in his childhood and adolescence. At some point, as Aleksei was reading the letter, his voice broke, and he began to sob. When his lawyer realized that Aleksei wasn't capable of finishing reading the letter, he grabbed it and read the rest in silence.

When he ended the reading, both stood up and hugged each other.

In early 2025, I was awaiting the results of my bar exam. Aleksei used to ask about my progress almost daily. On February 12, I found out I had failed. When I visited Aleksei that day, I couldn't bring up the subject, as I thought it would disappoint him.

When I finally shared the news the next day, he immediately offered me all the words of encouragement he could. During my final visit with Aleksei, before he was transferred to the United States, he took the last opportunity to express his appreciation for the work our team was doing, and tried to encourage me, reminding me that a single setback does not define who I am. I could see that he genuinely cared about my success.

Looking back, visiting Aleksei during those months was a real pleasure for me. It was my role to make him feel better, but the truth is that, often, he was the one who helped me and gave me some good advice and inspiration when I needed some answers for my life challenges.

Sincerely,

Gil Neves Vilela

# EXHIBIT E.10

The Honourable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

My name is Victoria Kolesnichenko. I am 49 years old, divorced, two children - Grigory (27 years old), Veronica (19 years old). For 15 years I have been working as deputy director of the R. Valent publishing house, which for 33 years has been publishing training manuals on simultaneous, consecutive and written translation from different languages, including from Russian into English and from English into Russian.

I can say that I have known Aleksei since before he was born. I have been close friends with his mother, Elena Garanina, for over thirty years, since the first year of university, that is, since 1992. I was the first to tell her about my pregnancy, and I was the first to know about her pregnancy.

We constantly told each other how the boys were growing up - my son Grigory (Grisha to relatives) and Aleksei (Lesha to relatives).

In time I became Aleksei's Godmother. With this proud title I associated not only the unceasing prayer for the health and well-being of the children - my own son and my Godmother's son - but also for time spent together.

While the boys were small, we tried to spend holidays together. We went on our first holiday together to the sea in 2000, when the children were 2.5 and 1.5 years old respectively. Then for many years we travelled to my very old house by the sea, where I grew up first, then I brought the older children and then the younger ones. We also went on tourist trips together to other cities and countries. There are many warm memories and photos from these trips.

We read books, discussed what we had read, solved problems from those assigned for the summer, and went on many excursions. Lesha was always an unusual boy - calm, very sensible and thoughtful.

I enjoyed following his progress: he played chess and draughts seriously, went to an English special school, took extra maths and physics, and found time for serious sport. I admired his ability to find time for anything he thought was interesting and important, and his ability to pursue his goals. In sports he was captain of the team, in school he was one of the best students. He won both intellectual and sports Olympiads and I was proud of his success!

After graduating from school, both Grigory and Aleksei went to prestigious universities, but they did not stop being friends! Aleksey got married, and together with his wife Yulia they found an opportunity to visit each other for at least a couple of days during holidays, which made me very happy. After all, the value of friendship only grows over the years!

Aleksei has a very kind heart: he never refused to help me if I turned to him.

When urgent repairs were needed in that old house where we spent our summer holidays, Aleksei immediately sent me a sufficient amount of money and we replaced the old roof.

When my daughter's expensive treatment was needed, he helped me pay the bills at the dental clinic.

Even when I didn't ask him for help, he remembered my wall plate collection and would pass me souvenir plates from different cities.

It is very nice to receive such care and signs of attention and both my daughter and I really appreciate his care and are very grateful.

Every day I pray that the Lord will be merciful to my children and allow them to pass through their trials with dignity.

And now I ask you, Your Honour, to be merciful to my Godson Aleksei Andryunin.

Sincerely,

Victoria













# EXHIBIT E.11

The Honorable Angel Kelley
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

April 14, 20125

My name is Faraj Abutalibov, and I am the co-founder of CrossCurve Protocol, a former senior manager in the oil and gas industry with companies like BP and ExxonMobil, and a graduate of Harvard Business School.

I have known Aleksei Andriunin since 2022, when I transitioned from the oil and gas sector to the cryptocurrency industry. We met at various industry conferences, where we frequently connected, sharing insights on launching and managing businesses. Over the years, we developed a professional relationship built on mutual respect, often discussing the challenges and opportunities of running startups in the crypto space.

Aleksei is an honest, hardworking, and principled individual. Throughout our interactions, he consistently demonstrated integrity and a genuine willingness to support others. At conferences, he was always eager to share his knowledge, offering advice to other founders, including myself, on navigating the complexities of the industry. I recall a specific instance at a conference in 2023 when Aleksei spent hours mentoring a group of young entrepreneurs, helping them refine their business strategies despite his own packed schedule. Even at events where alcohol was present, Aleksei remained professional, always representing his company, Gotbit, with dignity and focus. He personally manned his company's booth, engaging with attendees and showcasing his dedication to his business.

Aleksei's commitment to his work is evident in the growth of Gotbit, which he scaled from a small startup with a handful of employees to a company employing over 200 people. He achieved this rapidly, driven by ambition and a desire to provide for his team and family. While his fast-paced approach may have led to mistakes due to the lack of mature processes, I always saw him as someone who prioritized doing things the right way. He took pride in building Gotbit responsibly, and I know the loss of his business has been devastating for him after all the time and effort he invested.

The crypto industry is a challenging environment, often filled with young, inexperienced entrepreneurs operating in a loosely regulated space. In such a competitive field, Aleksei may have made mistakes to keep up, but I firmly believe he never acted with malicious intent or sought to deceive anyone.

Beyond his professional qualities, Aleksei stood out as a supportive colleague. He was one of the few who regarded me as a mentor, especially after my time at Harvard Business School, often seeking my guidance on business decisions. I always found him to be a careful and conscientious person, someone who valued doing things correctly and was deeply committed to his team and community.

Aleksei possesses strong entrepreneurial qualities that could continue to benefit the industry. I believe he deserves a second chance to contribute meaningfully, create jobs, and rebuild. If given the opportunity, I would be honored to continue mentoring him, helping him grow as a leader and ensure he applies his talents responsibly.

Thank you for considering my letter. I hope it provides a clearer picture of Aleksei's character and potential.

Sincerely,
Faraj

# EXHIBIT E.12

From Ksenia Kolosova
Senior Account Manager at T1 Cloud
April 27, 2025

To Hon. Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honourable Judge Kelley,

My name is Ksenia Kolosova, I work as a senior account manager at T1 Cloud. I have known Aleksei Andryunin for more than six years, since 2018, when we studied together at the Mechanical and Mathematical Faculty of Moscow State University.
I wanted to write you this letter to share my personal experience of communicating with Aleksei (Lesha) and to tell you about those traits of his character that I am sure deserve attention.

Our acquaintance with Lesha is a story I remember in detail to this day. We were second-year students in an advanced programming group at Moscow State University. I was the head of the group, I knew everyone in the group, and suddenly I received a message from a stranger without a profile picture who wanted to know the details of studies, as he had just joined the course. I didn't pay much attention - I knew a lot of people.

The next day at the university, I immediately noticed a new face: Lesha stood surrounded by our classmates, all discussing something passionately and laughing. Had he already made so many new acquaintances? I've always been a combative person, so without a second thought I approached him, extended my hand and said: "Hi, I'm Ksyusha." Lesha replied, "Hi, I'm Lesha," and we shook hands.

For some reason, at that moment, looking at him, I suddenly caught a strange thought: "He looks like my future husband". But I decided that it would be good to get to know him better first.
That same day in a crowded dining room, I saw Lesha with a tray and waved to him, inviting him to sit next to me. And then came my first inner shock: I noticed the ring on his right hand. "You're married?" - I exclaimed, rather in a joking but slightly offended tone. Lesha nodded calmly: "Yes."

I was both outraged and touched at the same time. Who is his wife? What was she like? Why was their relationship so easily felt even in a single phrase of his?

Back home, I did a little investigation. I didn't have to look long - his Instagram profile had an inscription right in the header saying that his wife was Yulia. I looked through his and her page, and instead of jealousy I felt something else - sincere admiration, joy for people who can love like that.

Their attitude to each other was special - free, warm, deep. At that time, as a young girl, it became clear to me for the first time that true love existed - I could see it not in words, but in their morning jogs, tender moments, care, respect and devotion.

I remember such a scene: during the break, Lesha was eating from a huge container... lentils. Just lentils, which he chewed slowly and concentratedly. I thought: "God, at least put a piece of meat!" Turns out he'd read a book about healthy eating, protein, digestibility - and he'd changed his habits to include an unthinkable amount of beans. He recounted the contents of the book to me so passionately that I stopped eating meat, too... for three weeks. for three whole weeks. So much so that Lesha could charge me with ideas.

It was always like that: when he started running, I wanted to put on sneakers and go to the stadium. When he talked about his volleyball training, I wanted to pick up a ball and run to win medals. When he passed his exams with honours, I wanted to give my best and do even more.

Lesha was always striving forward - and involved everyone around him in this movement. His cheerfulness, broad-mindedness and ability to inspire attracted people to him. People wanted to be friends with him, to learn, to grow, to build big dreams.

When I turned 21, I decided to organize a small party for my closest friends. I was living in a small studio at the time, which could comfortably fit seven people at most. I had two sisters, two best friends, and there were literally three seats for friends we often spent time with.

The guest list included Lesha, who had never been to my house before. He was the eighth guest, and it seemed a little strange to invite him, but I wanted him to fit in with my group of friends. That night the tiny room was hot, stuffy, but no one wanted to leave. We played board games, laughed, people congratulated me. Many warm words were said to me - and it felt good.

But what I remember most about that day was the gift from Lesha.

He brought a beautiful box of dusty blue colour with gold flecks. He couldn't have known those were my favourite colours. But I think his intuition told him. When I opened the box, I saw a bag that matched perfectly with every item in my closet.

It turned out that Lesha and Yulia went through my entire Instagram, every photo, to choose a gift that would be really close to me.

It felt so good. I had never really thought about style, about fashion, but this bag made me look at myself differently for the first time. I realized that the way you present yourself to the world can work for you. Since then, my style has become part of my confidence. And for this I am still grateful to Lesha.

But that wasn't the whole gift. In the same box was a book - "A Writer's Practical Guide".

I always dreamed of writing, but silently, quietly - I was too shy to talk about it out loud. I wrote stories for my girlfriends, afraid of criticism, hiding the dream inside me.

It turns out that in one of our conversations, I accidentally mentioned it, and Lesha noticed it. Perhaps he saw the same spark in my eyes that I see in his eyes when he talks about his dreams.

And he decided to support my dream - carefully, gently, as only the most attentive people know how to do.

As time passed, Lesha and I ended up in different specializations: I went to the Department of Differential Equations, and he went his own way. After a while, I wanted to know how he was doing and what he was doing with his life. I wrote to him and we agreed to meet.

Over lunch we shared news, talked about life, dreams and plans. And at some point, I made a pitch: I had an idea for a business—key chains for women's self-defence. Little devices: a siren button, a glass-breaking stick.... Anything to make a girl feel a little safer than usual.

I had just started to tell him, but Lesha didn't let me finish. It turned out that his friends were already running a similar project, and he was supporting them. He showed me his Instagram page, where there were videos explaining how the keyrings worked.

And then one simple thing struck me: Lesha is not the target audience of this problem. It is not his personal fear, not his direct pain. But he saw the importance of this topic and was moved by it. So, he began to help. This is how his compassion manifests itself—quietly, through actions.

We planned to see each other last fall. I was due to fly in a couple of days after his arrest. I had planned a trip to Portugal in advance, since getting there from Russia is now very difficult. I wrote to Lesha with a

proposal to see him, and he suggested that the four of us take a tour of the most beautiful places: me, my sister, him, and Yulia.

I was really looking forward to this meeting. I wanted to listen to the music they listen to with Yulia, to sit in the car next to each other, to observe how Lesha lives, dreams, communicates. I hope this excursion will happen someday.

Lesha inspires. His strength and gentleness at the same time. Calm honesty. Straightforwardness. Warmth in his attitude towards his loved ones. Pursuit of dreams that you want to follow.

From all my experience with Aleksei, I can say one thing: he is a man of integrity, good-hearted, devoted to his loved ones and his principles. His strength lies in his constant inner work, his desire to help, and his attentiveness to people.

Mistakes happen in everyone's life. But in Aleksei's case, I firmly believe that they do not reflect his true nature.

Thank you for your attention to my letter.


Regards,
Ksenia Kolosova

# EXHIBIT E.13

**The Honorable Angel Kelley**
John Joseph Moakley U.S. Courthouse
1Courthouse Way, Suite 2300
Boston, MA 02210

I'm writing anonymously. I have worked with Aleksei for over three years. I joined the company at an early stage when it was just forming. My task was to develop internal processes, interact with clients and help build the team - so I had the opportunity to work closely with Aleksei directly, both as a manager and as a person.

**Attitude towards people**

From the very first days, Aleksei paid special attention to the people in the team. He believed that it was the team that was the main asset of the business. These were not just words: he was one of the few managers who did not skimp on employees - and I am not just talking about salaries, but about the approach in general.

When someone faced difficulties, he sought to find out what the cause was. He was looking for potential, offering other roles. One employee, for example, first worked as a developer, then moved into account management, and then found himself in business development - and it was in this role that he began to deliver outstanding results. This was not an isolated case, but part of a systematic approach.

Aleksei believed in growth from within. Under his leadership, the company created internal development programs: training, coaching, and assessments. One of the employees I knew personally rose from an entry-level position to junior team leader in two years. And there were many such stories - he really knew how to bring out the best in people.

He paid great attention to team spirit. Soccer matches, outings, go-karting, and joint meetings between departments were regularly organized. This was especially helpful in times of change: first, when the company moved from a common structure to individual departments, and later when specialists from other countries and cultures began to join the team. Thanks to these efforts, everyone felt part of a unified team.

At internal meetings, which were held twice a year, each department shared results and plans. This gave everyone an understanding of the common goal. This approach helped to reduce staff turnover by 30%, despite the high demands on the quality of work.

**When there were more employees for whom Russian was not their native language, Aleksei organized a trip to the sea. There, there were contests related to corporate values and an evening entertainment program. It was not just a vacation - it was an important step towards uniting the multicultural team.**

**Attitude towards business**

Aleksei literally lived his project. He knew what was going on in the company, and would personally get involved if there were systemic problems. I remember how, in one difficult case with a client, when the account managers failed to cope, he himself came out on the phone and found a compromise. He didn't pass the buck. His principle was simple, "even if we made a mistake - we have to keep the client's respect." Reputation was more important to him than profit.

For him, quality of work was always on a par with taking care of the team and financial performance. All the managers knew that.

Even in crisis situations, he made sure that employees did not feel pressured. On one occasion, six people worked 15 hours a day for three days in a row. After successful completion of the job, Aleksei organized a payment of five times the standard rate - the equivalent of a month's salary. For him, it was a way of saying thank you in a real way.

When it became clear that growth required a different kind of expertise, he started hiring specialists with 10+ years of experience. This created a new momentum, and thanks to the approaches implemented, operational processes became 22% more efficient. The freed up time didn't go nowhere - it gave employees space for new initiatives, experimentation, and creative solutions. It was motivating.

He understood how hard work at conferences could be, especially for sales and business development teams, where employees spent 12-15 hours a day talking to dozens of clients. Aleksei always insisted that after such trips, the team should have a "chill" program: a trip to the countryside, a rest, a chance to reboot. For many people, this was their favourite part of the business trips - and a sign that their work was appreciated.

Aleksei worked systematically with feedback from clients. Each feedback, especially critical feedback, was discussed at team meetings. On his initiative, 20% of the development time was reserved for improvements based on this feedback. It wasn't just a number - it was a philosophy: listen and change.

**Personal interaction and character**

Aleksei and I had a close relationship. I've seen him go through difficult times
- especially when it came to the fate of the entire team. He was always outwardly calm, but those who knew him better understood how much he let himself go through.

To cope with the workload, he regularly practiced sports. Not only himself, but he also involved the team - sports activities became a way for everyone to relieve tension and maintain inner balance.

We not only worked together, but we socialized outside the office. He invited me to holidays; we shared personal things. He talked a lot about his wife Yulia, about how he tried to pay attention to her despite his enormous workload. He understood that without balance everything falls apart. In this sense, he was an example of maturity and responsibility - especially for his younger colleagues.

From a young age, Aleksei knew how to cope with high pressure. I know that he studied at university, played volleyball at national team level and developed a business in parallel. This shows his discipline, endurance and ability to achieve his goals.

**Conclusion**

We now all understand there were mistakes in his work. But I saw how much he put in - himself, his time, his energy. I saw how he worked from morning until late at night, how he tried to keep everyone and everything together in difficult moments. It wasn't just a job - it was his meaning, his path.

The situation with the arrest is a very difficult ordeal. Aleksei hardly talks about his feelings, but I can see how he has changed. He has become more withdrawn, he speaks less, it's as if the inner fire that always drove the team has disappeared in him. Even in this state, he still cares about others. He's not used to asking for help - but he's always helped those around him. That's why I'm writing this letter: to make him feel that there are people around him who remember who he really is.

I want you to see Aleksei as we know him - a man with principles, character, and a great concern for others. Everything he built, he built not for himself, but for his team, family and people. This is the main thing I wanted to convey.

Respectfully.

# EXHIBIT E.14

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


My name is              , I am              .
I study in the                                   .
And I want to tell you about my older brother Lesha.

When I was a kid, Lesha lived in the house next door. He used to come over almost every evening. We chatted, laughed, messed around. Often, he would put me to bed when I was little.

My brother taught me to play chess, or I sometimes went to his house to play. He tried to make time for me even if he was very busy.

Lesha always went for walks with me, and it was a special time for me. He taught me how to ride a bicycle/roller skate and always encouraged me if something didn't work out.

We walked together on the playground and played soccer. In the park we climbed on the tourniquet and rode down the slides with winter sledding and snow scooters. Once Lesha gave me a toy helicopter. We launched it outside, and once it got stuck in a tall tree. I was very upset, but my brother was not afraid, he climbed up the tree and got my helicopter. And I was very happy! Then I realized that I could always rely on him.

Lesha has always been an example for me. Thanks to him, I started playing volleyball. I wanted to learn to play like my brother.
He was always supportive and helpful when things were difficult. Recently he told me how to train properly and take care of my health. Thanks to him, I started eating right and became stronger.

Leha wanted me to enter his Lyceum too. To prepare, he found and paid for a math tutor for me to prepare and solve difficult problems. Since then, I have loved mathematics very much.

Recently, when he had very little time, he tried hard and organized times to see us. It was always very joyful and unforgettable.

And now we talk on the phone almost every day. We talk about my successes and failures in sports and studies. He really cares about what's going on with me. And it is pleasant and valuable for me that my cool older brother tells me how best to do

sports, what kind of nutrition should be organized, what to pay attention to when preparing for study sessions. We can discuss everything in the world with him!

Lesha is not just a brother to me, but a real friend and mentor. I love him very much and want to be like him. He is kind, honest and always ready to help others.

I ask you to please show leniency to my brother. I am sure he is a good man and always does the right thing.

Thank you for reading my letter.


April 21, 25

# EXHIBIT E.15

The Honourable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

My name is Margarita Novikova, I'm 27 years old, a classmate of Aleksei, currently living in Sochi. Together with a friend, I'm developing my own brand of lingerie and helping sellers on marketplaces.

I have known Aleksei since 1st grade. But we only started to become friends in the 2nd grade, when we went summer camp together. We jokingly got married there, but the same day we divorced because Aleksei stood up for our classmate, who was being abused by other boys, and I was jealous. He defended girls all the time.

Aleksey is a great friend. For all our girlfriends' birthdays, he used to draw posters together with us girls and prepare surprises. He would meet me early in the morning before school to go shopping for presents without a moment's hesitation. I could always count on his company, morning and night, for business and pleasure.



Later Aleksey moved to a maths school, ALL the girls he was in contact with cried at the news, but despite this we continued to communicate. In 9th grade I was very worried about taking the maths exam. Aleksey calmed me down and said that he would come and solve problems with me, despite fact that he himself had to prepare for his own, more difficult ones. After all our lessons, he gave me his sweatshirt for good luck and told me that everything would be fine. I passed the exam with excellent mark.

Aleksey is a very sensitive and caring friend. I want to tell some stories about it:

When I was 16, 

My better girlfriend and I started selling self-defence keyrings for girls 5 years ago. At that time, Aleksei and I didn't have much contact. Few people believed in us, some acquaintances even laughed at our idea. Aleksei wrote to us that it was a very cool project and suggested we meet. He praised us very much, gave us advice, asked us everything in detail. He gave us a lot of hope and motivation. Later we offered Aleksei to invest in this project, as we did not have the opportunity to grow quickly, and he agreed without a second thought. At all our meetings he praised us for even the smallest victories, gave us advice and shared his personal experience. We never thought that such co-operation could be in such a pleasant format and with such support. The same thing happened when we started a lingerie brand.

Last year my friend and I lived in Thailand. She faced a difficult life situation. We called Aleksei, told him about it and he was very supportive, he was able to find the right words and encourage her, and afterwards he invited us to take a break from it all. It was a wonderful week. We rode, listened to our favourite songs, went to see wildlife, had heart-to-heart talks in the evening and climbed a volcano at night together with his wife Yulia. It really was an unforgettable experience, we became closer, rebooted, experienced a lot of emotions. I don't know how to thank Aleksei for this.



The last time we met at Aleksei's birthday party, I was already having relationship problems. I didn't tell him about it because it was out of place, but Aleskei noticed that something was wrong with me. He took me to talk, listened to me and talked to me for a long, long time, I really needed it. I cried, I spoke out, and Aleksei kept offering to talk to me and asking about my condition for the rest of the day, even though it was his holiday. It was very important to me.

To top it all off, Aleksei is a very loving, diligent and sensitive husband. He ALWAYS talks openly about his feelings for Yulia and has been terribly reverent about their relationship since they were teenagers. From the outside it may seem like he's just a serious and ambitious young man, but that's absolutely not the case. Honestly, for the sake of Yulia he is ready to roll mountains. You can see it with the naked eye. This is very, very rare.

I hope I have managed to convey to you what a wonderful person Aleksei is, a loyal, supportive and selfless friend who will always find time, support and help his loved .

Sincerely,

Margarita Novikova

# EXHIBIT E.16

Hon. Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way,
Suite 2300 Boston,
Massachusetts 02210

Dear Judge Kelley, my name is Savateev Andrei, and I am a former Gotbit employee. I studied at an ordinary school, I graduated just from university, I didn't have any serious achievements in my life (this is an important part, which is necessary to understand the relationship).

I've known Lesha since 7th grade (14-15 years old). We were in the same sports school and played on the same team, even then Lesha became "my captain". At that time, we didn't communicate much - at that moment it seemed that we were on different social levels. He studied in the first mathematical lyceum, already at that time earned money for his family, enjoyed success in interpersonal relations, people periodically came to him for advice.

Lesha is a workaholic in terms of affairs. If he sets a goal, he usually goes to this goal to the end. So it was in sports, business, hobbies, relationships. For illustration, he was predicted to have a very mediocre career in sports because of his physical features and body "flexibility" - which, later, he overcame with two practices a day with other teams and constant visits to gym. He also diluted his training in the "main" sport by playing another sport, like basketball, soccer or American soccer.

Very quickly Lesha became the captain of our team, he was engaging in everything, from maintaining the psychological state of the players, to the implementation of strategies.

After graduating from sports school and gaining distinctions, he and I parted ways, as we were not great friends. Our paths would cross, but mostly it was for birthday greetings, congratulations on weddings, moving, traveling and so on.

I started working at Lesha's company Gotbit spontaneously. On a weekend night at 4 am, I sat in social networks and looked at pictures of others and what they do. I came across a live broadcast from Lesha and decided to go there as a joke, to look at the person, maybe to ask how he was doing. This broadcast was nothing but some interview or a story about a future job in Lesha's company - from that morning everything in my life started all over again.

At first I did very insignificant assignments (to the extent of my knowledge I could not be given more). About two months passed when I got a call from Lesha with the words "I want you to grow" and standard questions about competencies, language skills and knowledge in the field we were working in at that time. Then we met in person in a co-working space. And here I would like to emphasize that this is probably one of the first impressions of what a professional Lesha is - Aleksei spent about 12 hours of his time with me in the co-working space, cramming all the necessary information into me. Probably now it doesn't sound extraordinary, but I have never seen such an approach anywhere else. Then we began to spend a lot of time together: meetings at his house, trips to joint events, constant events inside the office after the working day, even "smoke breaks" (without the smoking) at the console during the working day.

I always thought that me and Lesha are from different worlds. But at the same time, I constantly heard that he wants to be my friend and that I need to spend more time with him. He was a person who always believed in me, even when it was not quite objective. Problems at work - "let's sit down with you together and make sure you enjoy yourself", need advice - "stay after work, we'll talk to you".

I always respected Lesha for his professionalism and the ability to achieve his goals, for the ability to understand people. My opinion was consolidated after hearing his words to me. My girlfriend and I went on a short trip with him and his wife. On our return, he asked me my impressions. I said everything was great, except that my girlfriend now points at you and says, "that this is what you should strive for and that you are the ideal to which I should go". At that point, Lesha got up and said: "Is she crazy? Don't listen to her, you're an amazing person who will succeed, be yourself and don't try to become someone".

Lesha taught me many things, thanks to him I find myself in an interesting, developing sphere. He showed me what it means to be successful and how successful people behave. He taught me to achieve my goals, no matter how ambitious they were, and finally gave me faith in myself, because, perhaps, no one else in the company believed in me as much as he did.

Respectfully,

Andrei

# EXHIBIT E.17

**Gregory Melnikov**



5th Apr 2025

**Hon. Angel Kelley**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honourable Angel Kelley,

My name is Gregory Melnikov (also known as Grigorii Melnikov), I am currently serving at the rank of Captain in the Israel Defense Forces, J6 Directorate. I'm writing this letter in regard to the case of my very dear friend Aleksei Andrunin.

Aleksei and I have been best friends from the day he was born. Our mothers have been best friends since the early 90's, which made our bond strong. We were growing together, taking family trips together, and being in connection on a daily basis. Even after I left Russia we continued to maintain a strong connection, keeping in touch on a weekly basis and going through minor and major events together: ranging from Aleksei's very first entrepreneurship attempts to sharing immigration challenges and the loss of close family members.

From the early years Aleksei is known to me as an exceptionally smart and generous person. As kids, we were playing chess together, and although Aleksei was a top-ranked player and I was far less skilled, Aleksei not only patiently explained strategies and offered helpful tips but also made sure to allow me to win on a few occasions. For him it was about making the experience enjoyable for both of us - not winning or losing. He always showed a level of generosity well beyond the game.

Growing up, Aleksei moved schools and joined different sports sections, but he always maintained close relationships with people from his past. As known to me, to this day Aleksei keeps close connections with people he studied from 1st to 5th grade. Especially, I recall one summer party he hosted in 2014, where I had the pleasure of meeting individuals from over four different phases of his life, showing how Aleksei values lasting relationships, regardless of the changes in his life.

I should recall a case, when I was dealing with my very first heartbreak at the age of 15. Despite a busy schedule, Aleksei was doing a 2-hour journey each direction daily to check on me and give me mental support for about a week. I believe Aleksei's

commitment to stay connected with people and his genuine care for those around him speaks volumes about his character.

In high-school, Aleksei was nothing like other high-schoolers: he already ran and managed his very-first business selling sneakers, had a relationship with his wife Yulia and had serious plans for marriage.

Enrolled in University, it was never a dilemma if he should continue to play a professional sport. His strong character and discipline helped him achieve excellent grades in his first year and earn a spot on the University Volleyball Team.

In his second year at university, Aleksei was dealing with a series of personal challenges: losing his closest relative—his grandfather, participating and going through a family crisis on his wife Yulia's side, and having significant financial struggles. Despite all these hardships, Aleksei not only made it through while studying and playing sports, but ended up founding Gotbit.

I recall a particular conversation we had after Aleksei successfully engaged with his first client. He was excited not only about first success in a new domain, but also eager to share his new knowledge of corporate law and his plans to move from sole proprietorship to establishing a company. It never was an intention to run a shady or illegal business.

In addition to being a dear friend and excellent student, I had an opportunity to know Aleksei as a devoted family man, as our families share a strong bond. Aleksei not only loves his mother and gives her nothing but the right treatment, but is also extremely involved in the growing stages of his little brother            has a special place in Aleksei's heart.

Aleksei not only took care of his family, but mine as well. Even after I left Russia, he kept visiting my mother and sister. There were multiple occasions Aleksei helped my family financially when there was a struggle.

Speaking of how loyal Aleksei is, I should recall that Aleksei and Yulia would fly to Israel one to two times a year just to have a quality time together. All that despite long travel time, terrible experience entering Israel for the first time and not feeling safe in Israel. Not only that, but Aleksei would fly me out on special occasions and take care of my stay.

After his arrest, Aleksei and I still stay in touch. In January of this year, four months after his arrest, I flew to Portugal to visit Aleksei in Portuguese prison. It was heartbreaking to me to eventually see an unhealthy and unmotivated man instead of the man I used to know. I pray to God, this nightmare ends soon for him.

To me, Aleksei is known not only as the hard worker he is, but a loyal and loving family member who would be mindful to avoid any actions that could put himself or his family at risk.

I believe the qualities from above are among the many that make Aleksei an exceptional individual, and I am proud to have known him for so long and being his best friend.

Thank you for your time and consideration.

Sincerely,


**Gregory Melnikov**

# EXHIBIT E.18

The Honourable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

My name is Aleksei Bogomolov. I am a specialist in human resource management. In 2022, I met Aleksei Andryunin. I was invited to set up HR processes at Gotbit.

From the first time I met him, I liked Aleksei's vision for the business. He wanted to build a business that makes the crypto world, full of fraudsters, safer and more attractive for users. The crypto sphere is poorly regulated in terms of international legislation and full of fraud. The main currency in the crypto world is reputation and Gotbit's success confirms how much Aleksei and the team valued reputation.

From an HR perspective, I was impressed with two things. Firstly, Aleksei recognised his mistakes in both business and HR. He openly admitted that he lacked competences in some areas and relied on the team, which allowed the team to grow. Competent approach to recruitment. Gotbit's distinctive advantage was its reputation, and Aleksei established a core value that we look at when recruiting: the candidate must not be involved in any fraudulent schemes. If there was the slightest suspicion that an employee was involved in stealing money from a client, they were parted with.

Realising the high moral burden on employees, various benefits were introduced, and the management system was improved.

The red line at every meeting was "improving customer service" and "working on reputation". I didn't have access to clients and details of working with them, but I heard from employees that several times Aleksei personally paid when Gotbit failed in handling client money.

What distinguishes Aleksei from most other business owners is that he is not at all arrogant. Despite his knowledge of economics, despite the fact that at the age of 22 he owns a successful business, you could always just talk to him, play football, discuss problems.

In general, we can say a lot about Aleksei's personal and professional qualities. During my professional experience I have worked with many business owners, and he stands out favourably among them. If you need more information, you can contact me on

Sincerely, Aleksei Bogomolov

# EXHIBIT E.19

To: The Honorable Angel Kelley
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300

Boston, MA 02210

Dear Judge Kelley,

I work remotely from Russia, helping crypto projects build their products and software. My journey in this field began thanks to Alexey Andryunin, who gave me my first serious opportunity when I joined his company. He believed in me early on and played a key role in my personal and professional growth.

I met Alexey about three years ago through a mutual friend. What struck me immediately was the culture he built — open, driven, and genuinely collaborative. Though he was the CEO, he treated everyone as equals, and was always approachable, kind, and involved — whether it was in work discussions or team events.

One moment that left a lasting impression was during a New Year party. While everyone drank and celebrated, Alexey quietly sipped juice. It wasn't about appearances — it reflected his values. He leads a disciplined life, not because he has to, but because he chooses to. That same discipline translated into how he ran the company — committed, focused, and always present for his team.

Even when his role grew and he started traveling for international conferences, he never lost touch. At one point, he organized a full international retreat for employees who had stayed with the company for over a year. It wasn't just a corporate event — it was a heartfelt thank you. He even invited a stand-up comedian to perform just for us.

On a personal note, there were times I had to work late nights due to time zones. Alexey would message me directly, telling me to rest — and then handle the work himself. It takes a rare kind of leader to do that.

He also spoke with deep love and pride about his wife Yulia. Even though we weren't close outside of work, his devotion to her and to his family was clear and genuine.

To Alexey, Gotbit wasn't just a job — it was his life's work. His arrest shocked us all. The company couldn't recover without him, and many of us lost both a job and a mentor. I can't imagine how hard it has been for him to lose his freedom and everything he built.

I hope you can see in him what we all did — a disciplined, generous, principled person who genuinely cared about those around him. What happened does not reflect the man we knew.

Thank you for taking the time to hear my perspective.

Sincerely,
Former Gotbit Developer

# EXHIBIT E.20

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**LETTER**

*I am Sergey Vladimirovich Garanin, born 1967, former circus performer and producer of mass events, and currently a financial consultant.*

*From 2008 to 2016 I was the stepfather of Aleksei Andryunin. He was 10 years old when I met his mother, Elena Gennadyevna Garanina (at that time Sheikina).*

*At the beginning of November 2008, Aleksei was with his mother at his great-grandmother's cemetery, and there he saw a small kitten freezing and dancing on a stump to attract their attention. He felt sorry for the kitten and begged his mom and then his grandfather to let him take the kitten home. We cured the kitten and since then a gorgeous and beautiful cat called Murka has been living with them.*

*Aleksei was a sociable and inquisitive child, he was engaged in chess and math, participated and won in many chess and math Olympiads.*

*Later I insisted, and his mother and I, in addition to chess, sent the boy to volleyball. In the volleyball club NIKA CSKA he developed physically, he liked it very much. Together with the club he achieved success in competitions, went to sports camps and learned independence.*

*At the sports club he met Yulia, where their youthful love arose.*

*I remember one time when he and his friend were returning from volleyball practice, they stepped in and defended a weak girl who was being abused by hooligans. Aleksei injured his arm. Afterwards he was very worried that he couldn't go to the competition. I explained to him that he had acted courageously, like a real man - he had defended the weak.*

*When Aleksei and Yulia were still at school,* ▮▮▮▮▮▮▮ *Aleksei immediately came to her aid. Sometimes we picked her up from school together.*

*Aleksei and Yulia had a wonderful relationship and platonic love. She became like a daughter to us. Several times Yulia went on vacation with us, both in the Moscow region and abroad.*

*When Elena and I had our son        , Aleksei's brother, in 2011, he treated him reverently, like a loving and caring older brother.*

*I tried to bring him up to be a responsible and decent person. I always tried to explain to him how to act in this or that life situation.*

*Aleksei started earning his first money for his pocket money while still at school.*

*In 20216 he graduated from one of the country's most famous physics and mathematics lyceum "Second School" and entered Lomonosov Moscow State University (MSU).*

*While attending the university, he actively played for the MSU volleyball team.*

*It was then that he came up with the idea of creating a financial company and rallied like-minded people around him. The team discovered new opportunities and introduced new breakthrough technologies. Over time, he was able to create and launch a company that he is now proud of. I tried to help him in building his company with advice to the best of my ability.*

*When the pandemic hit, Aleksei was very worried about being abroad and away from his family. He missed his mom and brother very much and often called and talked to them. With         , they could play different online games, such as soccer, volleyball and basketball.*

*Aleksei is a very decent, morally stable and well-mannered person. He is also a very cautious person, before doing anything, he thinks several times, consults, and only then decides to do something.*

*He always tries to be an example for his brother, someone to emulate but go his own way.*

*There are many more good words to say about Aleksei. But I won't bother you with my memories.*

*I hope, Honorable Angel Kelley, you will read my letter.*


April 14, 2025

Sergey Vladimirovich Garanin

# EXHIBIT E.21

To: The Honorable Angel Kelley
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


Dear Judge Kelley,


My name is Polina, I'm a friend of Lesha's. We met at school, he was my classmate from first to seventh grade. As far as I remember Lesha wasn't very good friends with the boys in his class, but he wasn't in conflict either, he had boy friends outside of school.

I remember that in high school it was like he knew the syllabus. He wasn't an honours nerd, and he wasn't a bully either. Lesha always helped everyone and often stayed with me and my friends after lessons to explain maths. (I also remember when he was little, he had a very big head, disproportionate to his body, (it's not like that now), so I was sure he just had a big brain, that's why he was so smart.)

Growing up, when we all started drinking and smoking at a transitional age, he didn't do it. At the same time, he didn't judge anyone and felt comfortable in a cheerful company. I think that if it was any other person he would have been perceived as a "not like others" with negativity, but not with Lesha. He still never smokes or drinks.

The girls and I cried a lot when we learnt that he was moving to another school. But for about a year, we managed to keep in close contact. When the girls from our school and I, among them, began to meet boys from high school, Lesha did not treat them very well. They seemed to him people without goals, and it was always important for him to achieve a lot.

The next time we met was probably four years later. My friend and I had opened our own shop and had an Instagram page. He wrote words of encouragement, saying that we were doing a good job. I went to his page and saw that he was travelling a lot and apparently making good money. By then I was very keen to grow my business and was amazed by his results. I had a sudden feeling that we were now "not equal", but I decided to try my luck and suggested we meet. He immediately agreed.

I remember my friend and I were nervous before the meeting, worrying that he would act arrogant and that after the meeting there would be an unpleasant feeling. But everything turned out to be radically different. We had a very frank and sincere chat, Lesha shared how he reacted to his first success, what he had to face, and told me that he had been working with a psychologist when he realised that he had "caught a star". He wasn't bragging, although that would have been perfectly normal, he was grateful. And he was very interested in our little business and gave us a lot of valuable advice.

Then he invited us to a party. We hadn't spoken for a long time, and I assumed that his interests and surroundings had changed. But I was extremely surprised to see ordinary guys he works with, his childhood friends and Yulia (his wife) at his birthday party, rather than pudgy rich men and models.

I helped Lesha with paying for the office in Moscow, as I lived there, he entrusted me with a large sum of money and I kept it at home for safekeeping. My common-law husband, with whom we had been together for more than 10 years, had become addicted to gambling. At one point, he confessed that he had stolen and lost all of Lesha's money.

Lesha didn't even know him. He entrusted the money to me, and I alone was responsible for it. When I called him to tell him everything, I was sure that he would consider me a traitor and a thief, and we would stop communicating. Instead, he told me that his grandfather committed suicide because he was sick with ludomania (gambling addict), and that he felt very sorry for me and even for my husband (who stole his money!!). He asked what he could help me with, and said that I should not get into loans to get out of debt (my husband left me bankrupt, too). He supported me morally and helped me think of ways to get out of debt. I write and tears come to my eyes with gratitude
I think he should have been disappointed in me and made me pay the money back asap by any means necessary and that would have been fair. But he said we were friends, he believed and helped me, even though he was the victim of all of it circumstances.

Lesha invested twice in my and my girlfriend's business, if it wasn't him, we would have been going to the scale we are now for a very long time.

I sincerely think he is a very unusual strong spirit, intelligent, kind and aware person with a broad soul.

Sincerely,
Polina

# EXHIBIT E.22

Hon. Angel Kelley

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

My name is Anastasia Kot, I am a clinical psychologist, got my degree at Lomonosov Moscow State University, practicing since 2020, also teaching psychology since 2023. I write the below with Aleksei Andryunin's consent, disclosing some of the content of our meetings for his benefit, taking into account confidentiality and other ethical principles.

From January 2024 until his arrest in October, Aleskei (Lesha) has regularly attended therapeutic sessions. When Aleksei applied for psychological help he was concerned with the following issues: family relations, crisis of self-identity and self-determination, issues of status and his place in life, which is characteristic and natural for conscious and highly intellectual people of Aleksei's age, who have passed a long way of formation at such an early age.

During our work together we managed to create a warm trusting contact. Aleksei was very sincere during our work, going into difficult and painful topics, including those related to the difficult stage of adolescence, the formation of trust in the world and people. I can truly say that his stories touched me to the core. And Aleksei showed courage and determination to go into these topics and deal with them despite resistance. I remember when we were in different time zones, he chose 1 a.m. in his time zone for our session because he didn't want to miss the session and postpone dealing with the topic.

He has shown himself to be a person with strong values of friendship, loyalty, humanity and helping others. Even with the various difficulties that arise in interpersonal relationships, he has always been determined to maintain, work on and invest in them. Despite his outward restraint, he is a deeply feeling person, vulnerable and delicate, but he chose to be resilient: strong for others. This strength had to be nurtured from a young age in order to gain his authority among others while still being a child in the community at school. He was supported not only by the company - his greatest asset, his brainchild - but also by his family, whom he did not want and could not let down.

Work was a huge part of Aleksei's life and a super value for him. Realizing this, he could not stop putting his energies into it, as his own self-respect and a huge fear of losing him in his eyes depended on it. He is characterized by high demands on himself and perfectionism and passion for business. These traits and a difficult period of formation did not make him callous. Aleksei was able to maintain a good attitude to himself and the world.

His life principles were not just words - they were embodied and in practice from

an early age - sports, healthy lifestyle, true friendship, dreams of a better life and realization, support of others.

Lesha showed the best of human qualities even in the smallest things. Once I had a headache just a few minutes before our meeting, he noticed my condition and was ready to postpone the meeting, while respecting personal boundaries in communication and the therapeutic setting.

I can't tell you more, as the time of our work together was not too long, but I managed to get the warmest feelings for Lesha, humanly understood him and his inner pain - to carry through life with him the fear of being a little boy loser, with whom no one wants to communicate at school and the desire to be good.

In conclusion, I would like to summarize and describe Aleksei's portrait. I saw him as an honest, decent, hardworking, highly disciplined person. A kind person who followed his inner guidelines even if it was difficult, a person who strived to become a better person and had good intentions in his actions.

Yours faithfully,

Anastasia Kot

# EXHIBIT E.23

The Honorable Angel Kelley

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, MA

My name is Peter, and I have known Aleksei Andryunin  (Lesha) since November 2021, when I started working at Gotbit as an employee in the venture capital department. From that moment we started working with him and worked together until September 2024. Apart from a working relationship, I can also call Lesha my friend.

Lesha is one of the most honourable, honest and strongest people I know. Below I will give a few situations from my life and thoughts about Lesha that reveal my thought:

- I met Lesha when I was leaving Deloitte (as a trainee) and looking for a new job. A mutual acquaintance introduced us and recommended me as a specialist. Despite the fact that I was not initially interested in the area in which the company operates, I was impressed by the 30-minute conversation with Lesha. I was impressed by the kind of team he had built, the way he leads it, and overall, the kind of person he is. After that conversation, I moved on to work for the company and built my career there. The promises/agreements we had with Lesha were 100% fulfilled by him, he trusted me much more than I could have expected and was always honest with me.

- In the course of our work, I realized that Lesha is an incredibly talented person. I have never met anyone so tenacious, savvy and reactive. I was really struck by his abilities, and in this respect, Lesha is an extraordinary person.

- For Lesha, it was very important to build a company based on the right values: respect (for both employees and partners), extreme customer focus and constant development. Our team wanted to build one of the major brands in the crypto space, our main desire was always to make our client happy. Lesha was a charismatic leader, a person who led the whole team. He always judged employees by themselves: being a person very goal-oriented and ready to do anything for the sake of achieving it - he could not accept employees' excuses if they failed at something. He was always in favor of the approach that "if something didn't work out, then you just didn't put in 100% effort".

- absolutely everyone in the company treated Lesha with respect and warmth. It was and is only because they received the same attitude from Lesha towards themselves. As a manager, Lesha has always been a tough and demanding person, but at the same time fair, kind and honest.

- the same positive attitude came from the partners towards Lesha. Clients, partners, contractors - absolutely everyone respected him for his intelligence and always fair attitude. Lesha valued each of his clients and mentored his employees to be as client-oriented as possible, which is why all the partners loved him.

- Because of Lesha's public speaking skills, he was able to gain quite a lot of popularity in the Russian-speaking crypto-internet. Lesha was very concerned about how he was perceived by the crypto community, he had a desire to broadcast the right and long-term values to his audience. Because of the publicity he received, Lesha was very popular figure at any of the cryptocurrency conferences. As soon as Lesha appeared there - he was surrounded by a crowd of enthusiasts asking him questions, asking for photos with him and so on. For me, it was always telling how much attention Lesha paid to each of these people, spending a lot of personal time answering questions and taking photos together.

- It so happened that I found a common language with Lesha and in the course of our work we built up a friendly relationship. Lesha invited me to his birthday celebrations, as well as other celebrations. At these celebrations, Lesha revealed himself to me as the soul of the company and a person capable of gathering a variety of people around him. Most of Lyosha's friends are his childhood friends; he has carried them through his whole life and supports many of them (as much as he can).

- Also, when talking about holidays, it is important to note that Lesha is a person who follows an exceptionally healthy lifestyle. Even in the midst of the most merry feast, Lesha never drank alcohol or smoked. He regularly went to the gym and was one of the most athletic people I know, which motivated me a lot.

- Lesha is an incredibly generous person. He is the kind of person who is prepared to do anything to please those close to him. One day I went on a zoom call with Lesha, but my computer froze. On the second attempt, I greeted Leshya, to which Leshya asked "did your computer freeze?". I answered him that yes. The next day: coming to the office, I found a new computer presented by Lesha at my workplace. Besides this case, several times I witnessed how much time Lesha spends on choosing gifts for people close to him. Once he and I spent three hours at a shopping centre looking for a suitable backpack for one of Gotbit's employees.


- I would like to make a special mention of Lesha's attitude towards his wife, Yulia. Since I always tried to observe the work subordination, I never asked Lesha about their relationship, but even watching their relationship from the outside I was really impressed. The warmth, love and support with which they treat each other makes you believe in love.


Yours faithfully

Peter Dergulov

# EXHIBIT E.24

April 12, 2025

Hon. Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Dear Judge,

My name is Nikolay Dementyev, I am a medical resident in Switzerland. I've known Aleksei for over six years. I believe a person's character is revealed not through grand gestures, but in the quiet and small moments. Over the years, I've come to see that Aleksei's actions reflect someone with extraordinary intelligence, moral maturity, and a deep care for the people around him.

We met in 2018, during a volleyball match on a sweltering summer afternoon in Moscow. My girlfriend at the time (now my wife) invited me to join Aleksei and his partner Iulia for a casual game. What she forgot to mention was that all of them played at a near-professional level. I, a tired medical student whose daily cardio came from flipping textbook pages, was completely out of place. Within seconds of play, my lungs gave out, and my legs were trembling in the heat.

The situation was almost pathetic — a group of high-performers on their rare day off, hoping to enjoy a competitive game, suddenly faced a completely different scenario. A new person joins in, visibly struggling and awkward — and instead of being ignored or laughed off, one member of the group walks over and suggests adjusting the tone of the game, saying with a smile, "Let's slow down — let's make this fun for everyone." That was Aleksei. No performance. No ego. Just an intuitive act of inclusion that turned what could've been a humiliating memory into the beginning of profound respect. That moment set the tone for everything I would come to know about him.

Later that year, on New Year's Eve, my girlfriend and I had made plans to meet her group of friends at a restaurant. It was my first time at that location, and I got lost — wandering unfamiliar streets in the bitter cold. I was anxious about missing the party and was close to giving up and heading home. Instead, I got a call from Aleksei, offering help without hesitation — right in the middle of the celebration, even at the risk of missing the highlight of the evening himself. We barely knew each other at the time. That act may have taken ten minutes, but its impact was lasting. He showed that inconvenience is never a reason to withhold kindness.

That same night, as the evening came to a close, I found out he had covered the extra charges from the bill — at a time when we were all still students, counting every ruble. Not to impress. Not to feel superior. But because he wanted the night to be about connection, not calculations. I believe this sense of responsibility runs deep in Aleksei.

Another moment that has always stayed with me is the way he loves his wife — with a calm, steady commitment that never seeks attention. In his early twenties, at a time when most

students were focused on nightlife and going out, Aleksei had already married the love of his life. Together, they steadily built a strong relationship marked not just by affection, but by mutual respect and a fierce loyalty that taught me more about mature love than any book ever could. He had a profound impact on how I viewed relationships at the time, and I believe their bond played a role in shaping my own and helped me realize I was ready to propose to my wife. I feel that Aleksei has a way of inspiring others to love better.

He's carried that same devotion into every area of his life. I remember when he was still a student, working hard to build a small business selling massage devices. It wasn't glamorous. It wasn't easy. But he did it quietly, driven not by a desire for wealth or recognition, but by a clear goal to provide for his family and build stability. He consistently showed a willingness to take on responsibilities that most young men would shy away from. And then there was COVID. I was on back-to-back hospital shifts, seeing too much, feeling too much. Like many frontline workers, I was emotionally burnt out. Aleksei organized online board game nights — simple, virtual escapes that brought friends together. At first, I didn't think much of it. But soon I realized: those game nights were medicine. They reminded us that joy still existed.

I remember on the day of my wedding, he was swamped with obligations. Still, he flew across borders and then drove for hours just to raise a toast — even if only for a short time. There were countless other moments that quietly revealed his inner world. Or when I couldn't attend his birthday due to hospital shifts — he spent hours helping me search for flights and even offered to cover the cost. Not out of wealth, but out of heart.

Detention placed an entirely different kind of pressure on Aleksei. From the very first days, it was striking to see how his closest friends and family rallied to support him — a response that said a lot about the kind of person he is and how much he means to the people around him. Aleksei, for his part, showed remarkable composure, primarily intended at shielding his wife and parents from additional worry. Still, the psychological toll was hard to miss. Over time, he described a growing range of symptoms — blurred vision, shortness of breath, vertigo, paresthesias in the arms, and others — likely triggered by acute stress. At first, he tried to dismiss them, but it soon became clear they were weighing on him. He became visibly unsettled and increasingly worried, especially as no further investigation could be performed.

He's always impressed me — and many others — with his remarkable ability to excel across so many areas of life at once. He built a loving, committed relationship while consistently making time for his family, always being present when it mattered. At the same time, he played sports at a high level, pursued a rigorous academic path, worked, and maintained a disciplined lifestyle — training regularly, avoiding alcohol, and taking care of his health. What stood out even more was how he balanced all of this with generosity, strong character, and a commitment to his friends and family. I believe it was never about perfection or appearances — it was about consistency, balance, and living his values.

Thank you for your time.

Sincerely,
Nikolay Dementyev

# EXHIBIT E.25

### Letter of recommendation for Aleksei Andryunin

| | |
|---|---|
| Date | April 26, 2025 |
| To | Hon. Angel Kelley<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210 |
| From | Vladimir Semyonovich Mishchenko, Candidate of Medical<br>Sciences, Moscow, Russia |

Honourable Angel Kelley,

My name is Vladimir Semyonovich Mishchenko, I am 80 years old, I am a candidate of medical sciences. For a long time I worked in the Russian oncological research center - RONC named after N.N. Blokhin RAS - Russian Academy of Sciences (now it is the National Medical Research Center of Oncology, ronc.ru, the largest in Russia and Europe). For more than 25 years I headed the Moscow Homeopathic Center of JSC "Medical Services", from 1999 to 2014 I was the President of the Russian Homeopathic Society and for more than 30 years organized the Moscow International Homeopathic Conference. I am a Honorary President of the Russian Homeopathic Society.

I have known Aleksei since childhood - our family has been friends with his aunt Liubov and grandmother Svetlana Petrovna for many years. Aleksei used to visit us our countryside house, and over time he became not just an acquaintance, but a person we really trust.

At age __, Aleksei was working at international homeopathic conferences in Moscow as my assistant. He helped in organizing events, coordinated logistics, dealt with equipment and printed materials and interacted with participants. It was paid work, requiring attention to detail, responsibility and flexibility - and Aleksei coped with it well. We knew that if he took the job, everything would be done as it should be. And if there was something that was unclear, he would be sure to ask, clarify, and figure it out.

In addition, he helped my grandson Misha to prepare for math - he patiently explained the topics, sorted out assignments, and prepared him for tests. Misha has only the fondest memories of these lessons.

I was always impressed by Aleksei's restraint, his ability to listen and not say too much - a rare quality in a young man. We weren't particularly close, but during our interactions, when he visited us and worked together, Aleksei never tried to impress - but that's where his sincerity and seriousness came through. He was always more mature than his peers, and that was his inner maturity - he was older than his years, mature beyond his years.

I see Aleksei as a conscientious, responsive and intelligent person. He grew up in a poor, but very dignified family, where they know how to work, help others and keep their word. There have been difficulties in Aleksei's life, but he has never lost his dignity and ability to remain sensitive to others.


Respectfully,

Vladimir Semyonovich Mishchenko
Candidate of Medical Sciences



**The photo shows joint work at one of the medical conferences**: Aleskei Andryunin (left) and Vladimir Semenovich Mishchenko (right), 26th International Homeopathic Conference (Moscow, January 2016)

# EXHIBIT E.26

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

My name is Anton Trunov, at the moment I am an entrepreneur in Moscow. I sell limited and unique sneakers, clothing and accessories, including collaborations of great artists, musicians, we have two stores and one of the largest online platforms in Russia.

I have known Aleksei since 15 years old (at the current moment ~11 years). When we met, we did not communicate much, but more played volleyball. We were in the same sports school. I would like to note that in those years I saw his zeal to win in our games. He was one of those who strived to lead the team to victory, led the team, supported other players and formed the team spirit. His winning and achieving spirit was evident in those years.

Also with Aleksei's current wife (Yulia Andryunina) we have known each other for about the same amount of time, about 11-12 years. Before they started building their relationship, we often spent time at summer sports camps in the Moscow region. We had games against Yulia's team, and in our free time, our boys' team walked around the sports camp, and danced at discos with her girls' team. We were friends, actively socialized and spent our carefree and fun childhood!

Aleksei has been through many severe crises through his life. He started out selling sneakers just like me, he had a small online store. After some time, he got acquainted with the field of cryptocurrency, and after gaining experience in the company, working as an employee, he decided to apply all his knowledge of math, environment and started his own business. I know how they worked at nights, met with tons of problems, stress and failures. But his winning character helped him break through and reach the heights of business.

When we saw each other, he was very inspirational about his project, how they found a problem that other projects were facing, were able to develop a business solution for it. He is very logical, consistent and clear in forming his thoughts. I really appreciate his intelligence, ambition, hard work, honesty and humanity.
I'm very much inspired by Aleksei. When I saw him and talked to him, I realized how disciplined, smart, punchy and honest he was. At the same time, despite his income level, he retained his honesty and humanity towards others. I find that very rare.

He is in a relationship with a person who has been madly in love with him for 11 years, building a huge business and has an adorable dog and is devoted to his close friends. Watching him, I felt for the first time that I had found a man who inspires me immensely. His long-term relationship with Yulia shows me how honest, stable and reliable he is. That's very rare nowadays. I am very impressed with his values, his lifestyle. I wanted to reach greater heights both in business and in my personal life, so I wanted him to be my mentor. During a long personal conversation during the New Year holidays, I voiced my request, and he kindly agreed to help me, answer my questions, give me tips and advice and support me in the future. At that moment I was very happy and excited about it. It shows that he cares about other people and is willing to invest his time and energy in others.

I also called him on business-related issues that concerned me, where he helped me with my problems and business crises. He sincerely and thoughtfully tried to help me, told me how he solved similar problems in his business, how he would do in my place, we could talk for hours about it. For me, it was an indicator that he cared about helping others, it increased my respect, and characterized him as a Man with a capital letter in my eyes.

Also, in 2024, he had a difficult period in his relationship with Yulia. At that moment he was telling me how hurt he was, how hard and bad it was, they had a period when they were not communicating. He pointed his finger at a huge media billboard on one of the skyscrapers in the center of the city and said that he dreamed that it would say Gotbit and that was his dream and goal to reach a huge scale, while Yulia wanted a family life and was upset that she lacked his attention. He felt very bad, he loves her very much, and can't imagine life without her. It was a very difficult moment in which I really wanted and tried to support him. I am familiar with these difficulties.
Previously, I too had great difficulty in relationships, because of ambition in business.

Aleksei loves her madly, and it's a kind of cosmically strong and real, deep, pure love that I have very rarely seen in my life in other people. He knows how to love like that. And love is the strongest and deepest feeling that people can experience. People with good values, sincere, kind, humane, responsive. I believe that this is one of the main factors showing that he does not wish bad things on others, appreciates people and has the right values and intentions in life. Because he knows how to love truly. Talking with Yulia, I am also increasingly amazed by the depth of their relationship and the fundamentality of their feelings. They are really true friends, partners, lovers and support for each other.

Before his arrest, we were with him at the birthday party of our mutual friend Valeria (she is also from the Volleyball Sports School). We decided to make a surprise and dressed up in funny pink hats, robes and white gloves. These were costumes for children, our idea was to transform into the images of princesses and to perform a music and dance production for Valeria to cheer her up. He was among the performers, and I relay the story because it shows the ordinary, cheerful, sincere person who just wanted and wants to live a happy life. He tries for himself and his loved ones and supports them as much as he can.

I found out about his arrest the day I flew to Moscow from Georgia. When I received the news late at night, I called Valeria and we decided to fly to Lisbon immediately. We took a ticket for the nearest flight and in 6 hours we boarded the plane. The flight was about 12 hours with a layover in Istanbul, but Valeria and I really wanted to help and cancelled all our business affairs and ended up in Lisbon. It was a shock. We realized that Yulia was in a very vulnerable and difficult condition, we did everything to help her, to solve all possible problems, to support her emotionally, with all our abilities and resources. We were in Lisbon for a little over a week, and during that time we were fully immersed in the process of solving the problems, bought a lot of clothes, food, all the essentials for being in Lisbon Prison. The conditions there were very cruel and inhuman, we were shocked by it and tried to make Aleksei survive them without serious consequences for his physical and mental health.

After we realized that Aleksei would be in Lisbon prison for the next few months, I flew home to Moscow and I realized that my main task was to help and support Yulia in all her difficulties, to help in any way I could. Valeria flew home to Switzerland, and almost every weekend she visited Aleksei for meetings in prison and I was happy that he was getting moral support and human contact. I also visited him, just so that he would get positive emotions, feel support and believe that everything would be okay. I realized that in this situation the belief that he would be able to live a simple and happy life after the arrest is the most important thing. And we tried to nourish this faith with our care, attention and help.

Our intentions and actions, show a strong confidence in him as a person and friend. It seems that if he was a bad person, he would have unreliable friends who would abandon him. Honestly, I am a very anxious person and the whole story of courts, crime and the law is very unfamiliar and incomprehensible. I was very worried about myself. I thought that it could be some kind of risk for me. I realize that Aleksei would support me, and I must have the courage to support him. That's why I am writing this letter, that's why I flew to visit him in Lisbon, that's why I plan to fly to the US.

I believe in justice in this world, and I hope that Aleksei will soon be able to move on with his life, help his family, and be happy.

I carry the last photo in my phone case as a memory from our holiday in Georgia.


Respectfully submitted,

Anton Trunov



# EXHIBIT E.27

The Honorable Angel Kelley

John Joseph Moakley United States Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

My name is Ilya Koshelev, I'm 35 years old. I hold a master's degree in Applied Physics and Mathematics from MIPT (Moscow Institute of Physics and Technology). During my studies, I participated in the development and launch of two instruments that were sent into space. For the past 15 years, I've been working in IT marketing, and during this time I worked at companies such as MyCom, OneTwoTrip, and Nevosoft.

I met Alexey in August 2022 when I joined Gotbit. From the very beginning, he showed himself to be someone with a strong core and a high level of personal responsibility. Alexey knew how to structure processes and make tough decisions — but behind that outer firmness, there was always warmth, kindness, and a genuine concern for the people around him. Our relationship quickly went beyond work — we often chatted, shared life stories, and supported each other through difficult times.

In the spring of 2023, I went through a personal crisis. After a failed attempt to get a residence permit in Turkey, I found myself stuck — no legal status, no clear future, and almost no hope left. I was on the verge of giving up. At that moment, Alexey didn't just offer support — he took part of my burden onto himself. He talked to me every day, helped me think things through, and work out possible scenarios. More than that — he offered and provided financial help so I could urgently relocate to Serbia and start over. He helped with finding housing, gave me contacts, and most importantly — didn't let me fall apart. It was an act I'll never forget. He helped me not because he had to, but because he simply couldn't walk away when someone he cared about was in trouble.

This, to me, is Alexey's defining trait — an enormous, almost self-sacrificing sense of responsibility for those around him. He always takes on more than the situation demands. He's not someone who turns away or hides behind the idea of "personal boundaries" — he's someone who stays present and attentive to the needs of people he cares about, even when his own life is far from easy.

We met in person for the first time in the summer of 2024 during a company trip to Turkey. We only had two days, but Alexey insisted that we spend part of that time just the two of us in a quiet, honest conversation between friends. That was the moment I fully realized how deeply he values human connection and how sincerely he lives it.

When I heard about his arrest, I was in shock. I deeply worry for him and for his loved ones. Knowing him personally, I can say without a doubt: Alexey is not only a brilliant professional, but a man of the highest moral character. His imprisonment is a tragedy for his family, his friends, and everyone who has worked with him. He is not someone who poses a threat to society — quite the opposite. He is someone who changes lives for the better — the way he changed mine.

I apologize if I'm taking too much of your time or using clichéd phrases to describe Alexey's qualities. I'm not someone who's good with fancy words. And I'm definitely not someone who would write a letter like this just to support some boss. Alexey is my friend. You might think he once helped me with money, so now I'm trying to return the favor — but that's not it. For me, staying true to myself and to my values matters more than anything, and I truly miss Alex.

Sincerely, Ilya

# EXHIBIT E.28

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

My name is Nikolai Toropov, I am 32 years old, by education I am an engineer-technologist, I am engaged in public-political and social activities, as well as the chairman of the Moscow branch of the political party Rassvet. I am a cousin of Aleksei Andryunin.

I have known Lesha all his life, I remember well, and it is even on video, how I held him in my arms when he was just a few weeks old. Of course, we did not communicate every day, but regularly and under different circumstances. I used to visit his grandfather, with whom Aleskei mostly lived until his grandfather's death. Since 2020, we began to communicate more often because we began to cooperate together, and I was happy about it, because already since 15-16 years old Aleksei began to try to do business in different ways. For example, he bought sneakers at a discount in the discount store (official store) and was reselling them. Since he studied in one of the best schools in Moscow, was engaged in volleyball, and also constantly striving for income, he was very busy, although he found time to communicate. Working together in any case we had more opportunities to communicate and thus I could better know how my cousin lives. In Russia there is a stereotype that the richer a person is, the greedier he is. When Aleksei's hard work and diligence began to bring him a lot of money, I began to fear how it might affect his character and attitude towards people. I worked remotely and was rarely in the office. There was a period when Aleksei bought a nice expensive car, quite elite real estate and I became worried, but after that we saw each other in the office and I realized that everything was fine. I saw him eating ordinary food together with ordinary employees of the company and when he decided to go to the store, he asked if anyone needed anything, several employees asked him to buy something for themselves and he bought and brought it. It was important to me that despite his fundamentally different social position, Aleksei did not separate himself from the people around him and socialized as an equal.



Since we are not only cousins, but also worked together, I would like to mention a few points related to his approach and methods of work. Everyone knows that Gotbit hired the best of the best and nobody just sat there, all employees were constantly trained, underwent all sorts of checks, the control system was also very well established, especially after some employees tried to steal from clients, but were exposed and immediately fired. In my opinion, it is important that Aleksei with a really business-like approach to work with a minimum of emotions and maximum constructive approach still remained a human being and I saw that he regularly gave people a second chance and an opportunity to show themselves at their best. If some employee made a mistake without malicious intent, then he had a chance to correct his mistakes, learn how to do it properly and show his capabilities in work. I love my cousin very much and miss him very much.

Thank you very much for your attention and time, I really hope for your desire to fully understand the situation and give a really fair verdict.


Yours faithfully,
Nikolai Toropov

# EXHIBIT E.29

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

I, Olesya Shulgina, born in 1981, am a strategic consultant and IT entrepreneur. Since 2018, I have been working and being friends with Aleksei's mom, Elena Garanina.

I met Aleksei in 2019. At that time, a group of scientists had developed a methodology to identify suicidal mood in teenage children, which, in fact, could have saved hundreds and thousands of lives of children in an unstable state. We turned to Aleksei for help in developing an application that would help identify such moments through various computer game approaches and other tools. And we, as a social project, of course, could not pay for his work.

Aleksei agreed and refused any remuneration. I was struck at the time by how a very young man was concerned about a topic that was generally quite distant.

We started working, and Lesha devoted a lot of personal time so that we could all reach our goal together, practically working at night.

Aleksei became an outlet for many team members - he always found the right words and performed small but meaningful deeds for each participant, despite he was the youngest of all. He was always able to listen and support.

Our project brought tremendous results as a result and still does.

As we worked and chatted, I got to know Aleksei as a person better and better.

For him, his family always came first - his mother, little brother, grandmother, aunt. He always talked about them with great tenderness and tried to spend as much time with them as possible. Aleksei's attitude to his little brother deserves special attention - his concern about what kind of person his little brother would grow up to be, what he would do in his leisure time, his conversations about what was important in a person's life and how to become a good person. He often talked about him, how funny and cheerful he was, what deeds he did. He supported him as much as possible always, both morally and materially. He provided him with everything he needed for active sports and studies, hired tutors if his mother could not cope.

For his mother and grandmother, Lesha was always a support. And when he started earning his first money, he always passed on a part for them, because, as he always said, he incredibly valued their contribution to the formation of himself as a person, appreciated their warmth and care.

Subsequently, Aleksei tried to provide the family with all the most necessary things as much as possible, so that they would not be in need.

My daughter has seen Aleksei as a role model for these years, both in the human and professional spheres.

In conclusion, I can say that I know Aleksei as a young man with a sensitive heart, responsive and not indifferent to other people's problems. A man who sincerely loves his family and treats others with care. A person who will never pass by someone else's problem indifferently.

Olesya Shulgina, April 14, 2025

# EXHIBIT E.30

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


The Honorable Angel Kelley

I am Sergey Borisovich Kiselev, a citizen of the Russian Federation, a private entrepreneur in the sphere of Internet marketing. I have a family: a wife and two sons; soon we will celebrate the 20th anniversary of our marriage. I would like to share with you my thoughts about Aleksei Andryunin.

I met Aleksei when he was a child, as his father, Aleksander, is a close friend of mine. Once we spent a summer vacation together out of town, and that's when I first met little Aleksei. Aleksander often talked about his son, his abilities and his academic success.

In 2018, when the startup in which I worked began to actively develop, we needed new employees. I remembered about Aleksei. At that time, he was a young student at Moscow State University, and although we had a limited budget and not the most attractive conditions (a salary of about 900 USD, an office outside Moscow and uncertain prospects), I decided to invite him for an interview.

A personal meeting confirmed my expectations: Aleksei had a tenacious mind, determination and high intelligence. Frankly speaking, I doubted that he would agree to work with us, considering that with his education and abilities he could get more favorable offers in large companies. However, he was attracted by the idea of our project - creating a decentralized insurance service on blockchain. It was an ambitious and technically complex project, but interesting and important for the development of the new financial industry.

Aleksei immediately embraced our idea and joined the team as a specialist in working with international clients and partners, using his excellent level of English. As Director of Marketing and Business Development, I became his direct supervisor. Even though he combined his work with his studies at Moscow State University, Aleksei always took a responsible approach to his duties. I gave him the opportunity to work partially remotely, but this in no way affected the quality of his work.

His commitment, initiative and diligence quickly made him a key contributor to the project. Aleksei took responsibility for our startup's interaction with cryptocurrency exchanges and key partners. When the main investor stopped funding and our project was left without a budget, some employees left the company, which was understandable under the circumstances. However, Aleksei showed genuine dedication and continued to support the project without pay, working "for the idea". For his efforts

we could only give him his working computer as a gift.

After the project was closed, our paths parted: Aleksei moved to Portugal and the COVID-19 pandemic began. However, we kept in touch, and I was interested in watching his development. I retired from blockchain industry projects, but Aleksei continued to share his successes and stay in touch.

I think you will agree with me, it often happens that, having achieved success at a young age, people become unavailable for communication and get cocky. However, Aleksei remained the same open and good-natured person. He did not forget old acquaintances and was always ready to support a conversation or offer help. This shows his sincerity, respect for others and loyalty to his principles.

I am convinced that Aleksei is not only a talented professional, but also a person with a big heart. His commitment to self-development, dedication to ideas and care for others deserve deep respect.

April 9, 2025

Yours faithfully,

Sergey Borisovich Kiselev

# EXHIBIT E.31

Hon. Angel Kelley

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

## Reference letter from Artyom

My name is Artyom, I studied with Alexey at Moscow State University, and we have been good friends over the past few years. During this time, I was developing software for web3 projects, and Alexey and I often communicated through personal and professional conversations.

I've known Alexei for seven years now. At first, our communication was limited to classmates, but over time we became close friends and spent a lot of time together. These were both work events, as well as holidays and just leisure.

Personally, I consider Alexey to be a caring and supportive friend who has always been interesting to be with. For example, when traveling, he often made sure that his friends lived in the best conditions, even if he himself had to make do with a lower level of comfort. Alexey never spared time and money for his loved ones.

The kindness was not limited to people, I have many photos of Alexei with animals that he truly loves and cares for. Alexey's compassion is evidenced by his decision to allocate 1% of his company's revenue to charity back in 2021. I remember how he offered to help me choose the right charitable foundation to receive these funds.

He is also always considerate of others and willing to assist in times of need. In January 2022, while we were skiing in the mountains, my girlfriend became unwell and fainted. Alexey, without hesitation, insisted on accompanying us to the nearest hospital and spent several hours waiting with us outside, helping ensure our safety and well-being.

Despite the scale of his business, Alexey leads a modest lifestyle, never striving to rise in society. He pays close attention to the needs of his friends and colleagues, providing thoughtful gifts and assistance when needed. His kindness and care extend to everyone around him, even to strangers, Alexey is always ready to help with advice and action if necessary.

I also know Alexey as a man who has always advocated a healthy lifestyle. He not only abstains from alcohol, cigarettes and drugs, but also regularly exercised in the gym or on the volleyball court. New Year's and birthday celebrations were often

accompanied by sporting events, of which football, volleyball, skiing, and billiards were an integral part.In his company, sports team-building sessions were held on a weekly basis, and Alexey actively participated in these events.

I have received letters from Alexey, and as far as I can tell, even while in prison, he remains the same friendly person I have become friends with over the years. It is felt that the arrest and the loss of the business that he had been building for years became a very difficult ordeal for him, from which he will recover for a long time. But despite this, the first topic in his letters is the well-being of his wife and relatives, whom he asks to take care of.

Respectfully,

Artyom

# EXHIBIT E.32

**To: The Honorable Angel Kelley**
**John Joseph Moakley United States Courthouse**
**1 Courthouse Way, Suite 2300**
**Boston, MA 02210**

Dear Judge Kelley,

My name is Evgeny Mikhailovich Snegiryov. I have worked as both a trader and a team lead, previously at Gotbit.

I had the opportunity to work closely with Alexey for over two years. When I joined the company as a beginner, Alexey frequently communicated with me directly, always treating me with respect and never showing a trace of arrogance or condescension.

One of the most striking qualities I observed in Alexey was his willingness to engage with employees not just as subordinates, but as people. He was always open to conversation, willing to listen, provide support when needed, and offer thoughtful advice on both professional and personal matters. He frequently checked in on how I was feeling, both at work and outside of it, showing genuine interest in my well-being and comfort within the company.

A particularly memorable moment for me was when, shortly after I joined the company, Alexey invited me to a small informal gathering with his close circle of colleagues. Among them were several highly experienced professionals, yet the atmosphere was warm and inclusive. I never felt like an outsider or junior—conversations flowed naturally, and everyone was treated as an equal. That moment reflected the unique culture Alexey fostered: one of unity, mutual respect, and openness.

Personally, I can say that working with Alexey whether in a professional or informal setting was always a positive and rewarding experience. I never felt pressured or judged; on the contrary, the internal environment he cultivated felt more like a family than a traditional workplace. Alexey consistently demonstrated that we were all working toward a common goal as one team, one family.

Sincerely,
Evgeny

# EXHIBIT E.33

Hon. Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**To The Honorable Judge,**

My name is Valeriya Dementyeva. I am a former volleyball player and a graduate in Media and Communications from the Netherlands. I currently live in Switzerland with my husband and work in marketing.

I have known Aleksei since we were 12 years old, when we both attended a professional volleyball training school, aspiring to become athletes. Our connection grew over the years, especially through his now-wife, Iuliia Andruinina, who was also a volleyball player and my best friend in school. As young teens and into adulthood, we shared many moments both on and off the court.



What has always stood out to me about Aleksei is his deep sense of loyalty, emotional maturity, and love—especially within his relationship with Iuliia. They began dating at a young age and soon got married, and throughout their more than ten years together, I have always admired the strength and beauty of their relationship. As young adults, many people grow apart or change direction, but Aleksei and Iuliia grew together. Their relationship has always been built on mutual respect, deep care, and unwavering support. To me, they were always the perfect couple—genuine partners in life. Aleksei's devotion to Iuliia was never performative or fleeting; it was consistent, quiet, and strong, expressed in daily actions and lifelong choices. He built his life with her at the center of it, and that kind of dedication is rare.

That same sense of loyalty and care extends far beyond his marriage. Aleksei treats his close friends like family. His kindness, attentiveness, and willingness to show up—both emotionally and physically—make everyone around him feel genuinely valued. He remembers what matters to people, he checks in when things are difficult, and he celebrates

others' joys as if they were his own. I have never once felt like just a friend—Aleksei made me feel like part of something bigger, a circle of care and connection that he quietly nurtured with consistency and warmth. It's one of the things I admire most about him.

I've experienced this many times. For example, when my husband and I got married, the location was remote and not the most convenient—it required a flight and then a two-hour drive. Despite the short notice and the logistical hassle, Aleksei made the effort to come to our wedding, even if only for a few hours. Iuliia was unwell that day and couldn't attend, so Aleksei rushed back to be with her after celebrating with us. That moment meant a lot to me and showed me his deep loyalty—to both his wife and his friends.

Another time, he and Iuliia invited us to Portugal. They covered all the accommodation and activities for me, my husband, and other close friends. We were treated not as guests, but as family. Aleksei made everyone feel welcome and cared for. And despite running a large and demanding business, we never felt like he was "too busy" for us—he made quality time a priority. Aleksei has always been incredibly generous with his time, care, and resources.

And when I was celebrating my birthday in Georgia, he and Iuliia flew all the way to be there, while many others couldn't attend. It was never a question for him—no matter the distance, inconvenience, or timing, Aleksei showed up. That's who he is—someone you can always count on. His commitment to friendship and the people he cares about is extraordinary.

As adults, people often grow apart, lose touch, or let life get in the way of connection. But Aleksei has always done the opposite. He nurtures the relationships that matter to him with warmth, loyalty, and a genuine heart. I have never once felt like just a friend—he's made me feel like part of a chosen family, and I know I'm not the only one who feels that way.

When Aleksei was arrested, the news came as a big shock and deeply hurt me. I felt confused and overwhelmed, and I wanted to help as much as I could. Without thinking, I bought a ticket to Portugal that same day and came to support Iuliia. It was a very hard time—we felt lost, emotionally drained, and unsure of what to do. Everything was happening so fast, and it was painful to go through something so frightening and destabilizing.

Iuliia phoned me in the middle of the night, panicked and in tears. At that moment, I knew I had to be there—not just for her, but for Aleksei too. I left from vacation and took a journey of over ten hours to reach them. I spent more than a week helping Iuliia with anything she needed, and together we prepared the basics for Aleksei's time in prison. Later, during his imprisonment in Portugal, I flew from Switzerland almost every weekend just to visit him for an hour—to check in, bring him small comforts like snacks and essentials, and simply remind him that he wasn't alone. These visits were difficult emotionally, but I never once questioned whether I should go. I have always been, and will always be, ready to go the extra mile for Aleksei, because he is the kind of person who would undoubtedly do the same for me.

Thank you for taking the time to read my letter. I hope that through my experiences, I've been able to share a meaningful glimpse of the Aleksei I know—an incredibly loyal, generous, and deeply caring human being.

Sincerely,
Valeriya Dementyeva

# EXHIBIT E.34

To: The Honorable Angel Kelley
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Kelley,

My name is Roman, and I work in the cryptocurrency industry. Over the past three years, I have had
the honor of being a colleague of Alexey Andryunin. I am writing this letter to share my personal
experience with someone I have come to know well — someone I have worked alongside and who
has had a meaningful impact on me.

From the very first day we met, Alexey stood out as a remarkably genuine, hardworking, and kind-
hearted individual. He is not just a talented professional — he is someone who knows how to bring
people together and foster an atmosphere of trust, warmth, and mutual support. His sense of humor
and spontaneity made every team meeting feel alive, sincere, and real.

One moment in particular stands out to me and, I believe, speaks volumes about his character. For a
long time, our team struggled with a lack of parking near the office. Despite repeated requests, the
HR department refused to address the issue. Without making a fuss or waiting for approval, Alexey
quietly paid for several parking spots near the office — simply out of concern for the team's comfort.
He never asked for recognition or thanks. He did it because he cared. And this was not an isolated
gesture — acts like this were typical of him.

Over the three years I spent working with Alexey, I came to see him as a true friend — someone you
can always count on. His behavior has always been thoughtful and balanced; he is not someone
prone to recklessness or impulsive decisions. On the contrary, he is a man of discipline, inner
strength, and responsibility. His family, his team, and his friends have always been at the center of his
attention.

The situation he is currently facing has been a heavy blow not only to him, but to a great number of
people who respect and care about him. I've seen firsthand how deeply this has affected him.
Everything he spent years building — the team, the culture, the business, the community — is now at
risk. For many of us, Alexey was more than a colleague. He was the foundation upon which much
was built. And now, that foundation is under serious strain.

I sincerely believe that the behavior for which Alexey is being held accountable does not reflect who
he truly is. The Alexey I know is kind, reliable, honest, and truly worthy of respect.

Thank you for taking the time to read my letter.

Respectfully,
 Roman

# EXHIBIT E.35

**To: The Honorable Angel Kelley**
**John Joseph Moakley United States Courthouse**
**1 Courthouse Way, Suite 2300**
**Boston, MA 02210**

Dear Judge Kelley,

My name is Maria, and I had the privilege of working closely with Alexey for three years at Gotbit. He was the first person I met when I joined the company, and it was he who gave me the opportunity to prove myself in a completely new field — something I will always be deeply grateful for.

From the very beginning, I was struck by the seriousness with which Alexey approached hiring, his dedication to his work, and his sincere desire to build a team of like-minded individuals. Throughout my training, he was always willing to share his knowledge and went out of his way to help each of us. His professional attitude, attention to detail, and the warm, trusting atmosphere he fostered within the team became a true example for me — it was clear I wanted to be part of that environment for a long time.

Though I started as a junior specialist with little experience, I always felt Alexey's support. He believed in young professionals, made time for every team member, and never judged anyone for their mistakes — even when they were costly. I am especially thankful for his understanding during the time I had to balance work with my university studies, and for the support I received on the day I defended my thesis. That moment, and the kindness shown by the team he built, will always stay with me.

Even though we worked remotely most of the time, his rare visits to Moscow felt like real celebrations for the team — many of whom owe their careers and knowledge to this incredibly talented leader.

Two years into my time at the company, I was promoted and began working more closely with Alexey on professional matters. In a field as high-risk as ours, he always emphasized the importance of caution, a systematic approach, and well-reasoned decisions — and he led by example. It was during this period that I came to truly appreciate one of the most valuable lessons he taught me: to remain calm under pressure and to rely not on emotions, but on precise analysis and calculations.

Alexey has always been a person of principle. Acting with integrity and in accordance with his values mattered deeply to him. He avoided impulsive decisions, insisted on following the rules, and upheld the highest standards in everything he did. I am sincerely grateful for the opportunity to work alongside him — this experience shaped me both professionally and personally, and allowed me to adopt many of the qualities I admire in him.

Throughout our three years of working together, Alexey has been both a mentor and an example. He was a demanding, yet fair leader — someone who knew how to inspire, support, and help others grow. But most importantly, behind his discipline, responsibility, and high standards was a truly good person: sincere, kind, and with a wonderful sense of humor. He had a gift for creating an atmosphere of trust, mutual respect, and warmth — and that is why he was valued not only as a leader, but also as a friend.

I am genuinely thankful for the chance to work with him and to get to know someone I deeply respect — both as a professional and as a person.

Respectfully submitted,
Maria

# EXHIBIT E.36

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Hello, my name is Mikhail Chubarov. I met with Aleksei Andryunin (Lesha) about 5 years ago, through my close friend and university classmate. At that time, he had just started to work for Lesha in the company, but I can confidently say that he became a close friend to him during that time. When I met Lesha, I immediately realized that we had a lot in common. We both studied at top universities in the country, me at the Higher School of Economics and Lesha at Moscow State University. We both got there on our own, not because of our parents' money, but because we studied hard at school and set the right goals in time. We both played sports as kids, I played hockey, Lesha played volleyball. We were both forced in school to choose between trying to become a professional athlete and studying. We both made a choice in favor of studying, and as I wrote earlier, we were able to enter top universities in our specialties. We both did not lose interest in our favourite sports over time. We both had to go to work early, and that's why we ended up in the same industry. It was probably because of these reasons that Lesha and I became close and were very good friends.

I could write at length about Lesha as an entrepreneur, because I've always admired how he managed to assemble such a great team and keep everyone super motivated for results. But in this letter, it's important to write about Lesha as a person. I have always heard about Lesha as a manager from my close friend, who introduced us a long time ago. He always worked harder and more diligently than any of his employees, so he demanded they work hard too. But what always surprised me was that with all this demanding, Lesha remained too human, which contradicted his image of an entrepreneur, which I wrote about above. I have heard stories that Lesha did not fire salespersons who failed all KPIs. And judging by the stories, the problem was with these salespersons. But Lesha tried to help them personally, became a mentor for them, tried to teach and help them as much as possible. It always seemed to me that Lesha was very attached to the people he worked with personally. I know that Lesha always tried to help his employees if they had personal or family problems. For example, he always took the time to write a recommendation for the university if he was asked to do so by one of his employees—as a busy CEO—and how much care he put into it, even though it meant he would lose a valuable employee. I personally saw how Lesha was to his close family and friends. Lesha was genuinely interested in every little detail and always kept them in mind.

Yours faithfully

Mikhail Chubarov

# EXHIBIT E.37

The Honorable Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

I, Sergei Mezhevich, am a physical education teacher and basketball coach at the Second School Lyceum. I first met Aleksei Andryunin in 2012, when he entered the 8th grade at our school.

At that time, Aleksei (Lesha) was playing volleyball professionally and he successfully managed to combine regular training with his studies at one of the strongest physics and math schools in the country. I would like to note that not all of the children could cope with both the high loads in sports and the serious academic requirements of our lyceum. Often parents and children had to choose: to continue their sports career or to study at the Second School. Thanks to his diligence and determination, Aleksei did not leave big sports, continuing to successfully master the lyceum program.

I would like to note separately that he never used exemption from physical education classes. As an athlete, he was formally allowed not to attend them. Aleksei has always been an active participant of our school classes. He participated in the training process on an equal footing with everyone else, prompted and helped his classmates in mastering volleyball techniques. He was an example of a technical and bright player.

I can't remember Aleskei in a depressed or bad mood. Always cheerful and smiling, communicative in dealing with other people. He was always gladly taken into their teams by high school kids not only for his technical skills, but also because it was easy to find a common language with him and convenient to play on the court. At the same time Aleksei himself never refused to take less experienced players into his lineup. He never showed disdain for guys who could make mistakes or played much weaker than him. Trust me, such generosity is rare even among high-level professionals.

But at the same time, he could firmly put in his place if a person behaved unsportsmanlike or rude during a match. I remember an episode when, during a game at the net, an opponent kicked a ball that had already fallen on the field and hit Aleksei quite painfully with it. Lesha did not get into a fight, did not appeal and complain to the referee, but, approaching this player, rather dryly, laconically and convincingly explained that it is not allowed to do so.

I believe that Aleksei is a passionate and motivated person. Everything he undertakes, he tries to finish and succeed in it. Since Aleksei was professionally engaged in volleyball, he was not allowed to play in school competitions for the lyceum team in this sport. Then he switched to basketball. With great enthusiasm and diligence, he took part in trainings, watched a lot of training videos. It was always interesting to discuss tactical schemes and techniques with him. Thanks to his character and sports experience he mastered the basic elements of a new game for him in six months. Until the end of his studies at the lyceum, he played for the lyceum team and repeatedly became a prize-winner in district and region basketball competitions.

On the sports field, Aleksei is always a leader, able to lead his partners and support his teammates. In life, I would note his desire to constantly develop. He has always reached out to his older peers and teachers - those from whom he can learn something new, useful and important for him at a given time.

I remember with warmth the trainings, final games and just moments of human contact with him.

S.D.Mezhevich,  April 10, 2025,

Moscow, Russia

# EXHIBIT E.38

Hon. Angel Kelley

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

I am Diana Hoholieva and I come from Ukraine. By education, I am a mechanical engineer with a second master's degree in architecture and a "deep tech" and fintech enthusiast and researcher. I have known Alexey since 2022, we met at numerous global economic and technical forums, where he was invited as a speaker, guest, or sponsor.

Alexey is a well-educated and spiritually developed person. I have always admired his business vision's scale and the values he carried through various complex business solutions and projects. With him, you can immerse yourself in a discussion of Higher Mathematics, where he is undoubtedly gifted, as well as issues of art and philosophy. He has many altruistic character traits and talked with great interest about the direction of the development of philanthropy. Despite his busy schedule and high responsibility, he always made time for conversation when we found ourselves at the same event. His advice is, at once, supportive and direct. He was always happy to share his experience or quality materials for study - this was very helpful to me as a beginner specialist who needed guidance. He is a thoughtful mentor who clarifies thoughts in a structured and understandable way. He always remains a role model in leadership thinking and active implementation of academic knowledge in practice.

He is attentive to his employees and cares about revealing their potential, providing space for creativity and implementation.

More than once, I observed how harmoniously and ecologically work processes are carried out in teams, for example, during industry events. He is a man with the integrity to accept his situation. He has built a personal life based on harmony and is a loving husband and caring son.

He always inspired me, considering that we are peers in age and that he'd accomplished so much and had such a mature worldview and sophisticated intellect. I know that he will move forward with gratitude and love for life. As sad as I am about Alexey's predicament, I believe in him and in his ability to adapt and reflect on his experience.

Respectfully,
Diana

# EXHIBIT E.39

To: The Honorable Angel Kelley
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Kelley,

My name is Vladislav Ilin, I am 26 years old, and I had the privilege of working as a trader at Gotbit for one year. This company believed in my potential, invested in my development, and provided me with invaluable experience that helped shape my professional growth.

I came to know Mr. Alexey Andryunin as the founder of Gotbit and one of the most remarkable young entrepreneurs in Russia. Throughout my tenure at the company, our communication was always professional, and I formed a clear and lasting impression of Alexey as an honest, fair, and highly competent leader.

I would like to recall a particular moment that left a deep mark on me. Shortly after I joined the company and began demonstrating my abilities, Alexey personally reached out to express his trust in me and offered me the opportunity to work with one of our most significant clients. As a young specialist, being entrusted with such responsibility by the founder himself was not only unexpected, but also deeply motivating. It was a powerful gesture that spoke to Alexey's generosity, his commitment to nurturing talent, and his openness toward every member of his team, regardless of their seniority.

Over time, I have followed Alexey's entrepreneurial journey and had the opportunity to speak with many of his close colleagues and associates. Without exception, they have spoken of him with great respect and admiration. The high regard in which he is held by so many is a testament to his integrity, his kindness, and his strength of character.

What Alexey has achieved in a short span of time is truly impressive. His intelligence, leadership, and ability to build trust-based relationships have enabled him to create a successful and respected company from the ground up.

I respectfully submit this letter as a testament to the positive influence Alexey has had not only on my life, but on the lives and careers of many others.

Sincerely,

Vladislav Ilin

# EXHIBIT E.40

The Honourable Angel Kelley

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

My name is Alexandra Troman, I am 26 years old (1998). I live in Russia, Moscow, graduated from children and youth's sports school of Olympic reserve 65 "Nika" on volleyball, which was the champion of Moscow and Russia for volleyball among sports schools. After that I got a higher education Bachelor's degree in the State Academic University of Humanities, the direction of management in the media and advertising. At the moment I am working as an advertising sales manager in cinemas.

Lesha is my close and best friend. He and I have known each other since the fifth grade, as we played volleyball for the same sports school and were born the same year. Every holiday we went to a sports camp in the Moscow region, where we had daily training sessions, and in the evenings, we had free time to socialise and spend time together.

We started to communicate closer around the seventh grade, when we were 15-16 years old, as Lesha and Yulia (his wife) started to have romantic relations, and Yulia is my close friend from the fifth grade – we studied in the same class, played in the same team, lived at that time in the same neighborhood and, in general, all childhood spent time together. She is like a sister to me.

The three of us often spent time together since I was Yulia's best friend. Lesha and I often chatted, and I could see how much he was in love and caring. When she was ill he wrote to me and asked me to follow her recovery too. When I was a full-time university student, after classes I worked as a receptionist at a fitness club until late in the evening, and several times Lesha and Yulia came to my workplace and brought me sandwiches and coffee, it was so nice and pleasant.

Lesha has also helped me with my studies and exams, and I have always admired his knowledge and awareness of everything in the world. He's interested in any topic and watching him made me want to learn more and expand my horizons. Lesha has always tried to combine his difficult studies and sports, and in every free time, in addition to training, he would call me to play beach volleyball.

In the photo the three of us are sitting together in the sports hall waiting for the game, we are 16 years old (the year of publication is preserved, the face of our acquaintance is blurred)

alexa_tro    ...



Статистика          Продвигать публикацию



♥ 53   ◯   ◁

Нравится gromakova_varvara и другим
4 октября 2014 г.

Lesha is a very kind and caring person and I am very happy that he appeared in my best friend's life and consequently in my life too.

I have been in close contact with Lesha and Yulia throughout the whole period and saw their relationship develop. I admire them – how long they have been together, how they go through all the problems together, how they take care of each other, how they love each other. For me they have always been an example of a healthy relationship, and I always wanted and want to build a relationship like theirs.

Over time our friendship has only grown stronger and stronger, we often spend time together and Lesha is an integral part of my life.

Lesha went to one of the most prestigious schools in the country and told me that he was not the smartest there and it gave him the strength to develop more, he always wanted to be the best. From his early childhood he told me that he wanted to have his own business, he tried his hand in different fields and started by selling trainers and eventually built his own big company. I've always marvelled at how someone so young to be so successful at such an early age. Lesha always spoke reverently about his company and was excited to see it grow.

Once we were travelling in the car and I heard him talking to a client and after the conversation I asked him about his work and how he communicates with clients. He shared that every client is important to him and he always tries to work through and build the most effective and positive communication as it affects the whole business and the reputation of the company.

In 2022, he and Yulia left Russia and so our meetings became less frequent, but we always kept in touch online. At the same time, we tried to get together in another country on important holidays. My salary does not allow me to be in other countries often, but as we all missed each other Lesha and Yulia partially financially helped with flights and travelling. Lesha is very generous and caring. Lesha always takes care of loved ones, I three years ago took a flat in the mortgage worth 10,700,000 Rubles, the first payment was paid by my mother 3,000,000 Rubles and then I had to pay the mortgage for 20 years. It's about 50% of my monthly earnings, I could not save money for full travel (as I wrote above, Lesha and Yulia understanding this themselves invited to meet in other countries and supported me, if somewhere I lacked money). But on my 25th Birthday (in 2023) Lesha and Yulia made a gift that changed my life, they gifted me 6 000 000 Rubles, I put them on the deposit and accordingly now I pay the mortgage from the interest and have more opportunities. A year ago, I met a stray puppy and took him to live with me and I have enough money to provide him a comfortable stay at my place (care and love respectively) and there is an opportunity to save for travelling and live a better life. This is an incredible gift, and I am very grateful to Lesha and Yulia.

In all these moments I want to show how much Lesha really cares about his family and friends, how much I feel his support and love. He himself said that he always expresses his love through actions, he has such a character trait, and it is in such moments that he expresses his love, and he always wanted to give his loved ones the best and help them in difficult times.

 This is a very difficult period in my life right now. I returned from Georgia in October to Russia, and Yulia was the first to inform me that Lesha had been detained. I was shocked and couldn't even guess why. Lesha always tried to do everything by the rules and built his business for a very long time and I know that he treasures his company, even when we were on holiday he was always in touch with his team and the feeling that he never rested from work, he lived it, it was a big part of his life and even rather did not consider it conventionally work, where you have to go every day, but he was doing in the company what he liked, enjoyed and treasured it.

 We meet with Yulia often now, we support each other and keep in touch as much as possible with Lesha and I am waiting for him very much. Of course, it is a big shock for Yulia, she lived with him and communicated with him more often than anyone else, I can see how much she is worried and how much she is doing, and I support her as much as I can and realise that it is the hardest for her. This is a huge shock to us all, he is an incredible person, I feel very bad for him, I love him so much, he is my second family!

Sincerely,

Alexandra